
# INDEX OF EXHIBITS

1. Demand for Arbitration and correspondence
2. Affidavit of Peter Franklin
3. Affidavit of Debra Spring
4. Plaintiffs' Motion for a Temporary Restraining Order, Show Cause and Preliminary Injunction
5. Proposed Order