# AMERICAN ARBITRATION ASSOCIATION
## LABOR ARBITRATION RULES

To institute proceedings, please send three copies of this demand **and the arbitration agreement,** with the filing fee as prov in the rules, to the AAA. Send the original demand to the respondent.

## DEMAND FOR ARBITRATION

DATE:  January 9, 2008

To:    Name of the Employer       Vista Nuevas
       Address                    120 Parsons
       City and State             Detroit MI 48201
       Telephone                  (313) 831-1000 ext. 15        Fax

       Name of Representative     Dr. Marcella Wilson, Executive Director / CEO
       Representative's Address   Same As Above
       City and State
       Telephone                                                Fax

The named claimant, a party to an arbitration agreement contained in a written contract, dated, <u>Effective 2006</u> and provid for arbitration under the Labor Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder.

THE NAME OF THE GRIEVANT:   A18384-1640-08 / Class Action

THE NATURE OF THE DISPUTE:   Employee Benefits - Insurance

THE CLAIM OR RELIEF SOUGHT: (the Amount, if Any)  <u>Provide Medical Insurance for all VNHS Employees during summer recess</u>

HEARING LOCALE REQUESTED:   <u>Employer's Place of Business</u>

You are hereby notified that copies of our arbitration agreement and of this demand are being filed with the Ameri Arbitration Association at its <u>Southfield, Michigan</u> office, with the request that it commence  administration of the arbitrat Under the rules, you may file an answering statement after notice from the administrator.

Signed:  *Jo-Ann Miller*        Title: <u>Support Staff, Arbitration Department</u>  (may be signed by a representa

Name of Claiming Union or Employer    Michigan Council 25 AFSCME
Address (to be used in connection with this case)   1034 N. Washington
City and State                        Lansing, Michigan              Zip Code  48906
Telephone                             (517) 487-5081                 Fax (517) 487-3970
Name of Representative                Same As Above
Representative's Address
City and State                                                       Zip Code
Telephone                             (    )                         Fax (    )

**MEDIATION is a nonbinding process.**  The mediator assists the parties in working out a solution that is acceptable to them.  If you wish for the AAA to contact the other parties to ascertain whether they wish to mediate this matter, please check this box (there is no additional administrative fee for this service.

m/547iuoeaflcio/AAA

FEB. 15. 2008 11:55AM    AMERICAN ARBITRATION ASSOC.    NO. 1757    P. 2/3

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Michigan Labor Center*

February 15, 2008

American Center Building, Suite 1150, 27777 Franklin Road, Southfield, MI 48034-8208
telephone: 800-891-4741 facsimile: 248-352-3147
internet: http://www.adr.org/

Jo-Ann Miller
Michigan Council 25, AFSCME
1034 N. Washington Ave.
Lansing, MI 48906

Peter Franklin
Vista Nuevas
120 Parsons
Detroit, MI 48201

Re: 54 390 00043 08
    Michigan Council 25, AFSCME
    and
    Vista Nuevas

Grievances:    A18384-1640-08/class Action/Employee Benefits/Insurance

Dear Parties:

This is to advise the parties that George T. Roumell Jr. has been appointed Arbitrator in the above-captioned matter. The Arbitrator has agreed that for this arbitration the per diem for each day of hearing or part thereof, and for all time devoted to considering evidence and the preparation of the Award and Opinion is at the rate stated on the enclosed resume. This Arbitrator's cancellation policy is also described in the resume.

The Arbitrator is offering September 12, 2008 for a hearing date.

The parties are requested to advise the undersigned immediately of their availability on said date(s). Absent a response by February 25, 2008, we will assume the date(s) to be satisfactory and a formal Notice of Hearing will be forwarded promptly.

Very truly yours,

Monica F. Martin-Tyler
Case Manager
248 352 5500
tylerm@adr.org

cc:    George T. Roumell Jr., Esq.

Americ᷿  ᷿tration 2/27/2008 2:02 PM   PAGE   2/002   Fax Server   MATRIX HUMAM SERVICS   PAGE  03

*Roumell*
*Cobra*

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Michigan Labor Center*

February 27, 2008

American Center Building, Suite 1150, 27777 Franklin Road, Southfield, MI 48034-8208
telephone: 800-891-4741 facsimile: 248-352-3147
internet: http://www.adr.org/

Jo-Ann Miller
Michigan Council 25, AFSCME
1034 N. Washington Ave.
Lansing, MI 48906

Peter Franklin
Vista Nuevas
120 Parsons
Detroit, MI 48201

Re: 54 390 00043 08
    Michigan Council 25, AFSCME
    and
    Vista Nuevas

Grievances:    A18384-1640-08/class Action/Employee Benefits/Insurance

Dear Parties:

This will confirm a request from the union, to hold the above matter in abeyance pending completion of an internal review process.

Absent objections from Mr. Franklin, on or before March 7, 2008, we will suspend administration of this matter, pending further review by the union.

Thank you for your cooperation.

Very truly yours,


Monica F. Martin-Tyler
Case Manager
248 352 5500
tylerm@adr.org

# LAW OFFICES OF ROBERT E. DAY, P.C.

300 River Place-Suite 5600
Detroit, Michigan 48207
Phone: (313) 259-1500
Fax: (313) 259-1605; (313) 259-1607

**Robert E. Day**

March 10, 2008

***SENT VIA FACSIMILE AND U.S. MAIL***
Michigan AFSCME Council #25
600 West Lafayette Boulevard
Suite No. 500
Detroit, Michigan 48226
    Attn: Sarah M. George, Esq.-Staff Representative

    Re: <u>Layoff Dates 2008/Meeting March 4, 2008</u>

Dear Ms. George:

    We appreciated our opportunity to meet with the Committee. One of the first agenda items was a request, with which we concurred, that at the earliest possible date, the Employer make known and confirm the date at which time the ten-month school year employees will be laid off. Debra Spring informed those present, contrary to rumors circulating at some centers, that the date is set for June 8th and it has not been subject to change.

    However, there can be an unanticipated intervening hiccup. Back on May 23, 2006, Debra Spring, Dr. Wilson, Audrey Gulley, Herb Sanders and Juanita Banks were all informed that on May 11th the City of Detroit Department of Human Services, imposed unilaterally an immediate one percent (1%) drop in funding onto <u>all</u> discretionary programs being funded, including the Head Start grant. This was evidenced by a document presented at Bargaining Session #8 at a time that we were trying to negotiate a successor Collective Bargaining Agreement which explains the notation Exhibit #2 at Session #8. That document is being attached to this letter. The significance of my point is the Employer remains subject to unforeseen circumstances such as funding reductions mandated from the Grantor, or the Grantee, and there is nothing any of us can do about it. Failing that, the COBRA notices will issue and the last day of work in 2008 will be June 8th and the profile that we are facing is the same as was faced in 2003.

    You may use this letter for any purpose necessary. To that end, a copy is being provided to Betty Billups as well as other client representatives. Again, we appreciated the professionalism and

## LAW OFFICES ROBERT E. DAY, P.C.

Michigan AFSCME Council #25; Attn: Sarah M. George, Esq.-Staff Representative
March 10, 2008
Page 2
Re: Layoff Dates 2008/Meeting March 4, 2008

the speed in which we were able to handle the various issues of concern possessed by the unit and submitted to you for discussion and clarification with the Employer.

Very truly yours,

LAW OFFICES OF ROBERT E. DAY, P.C.

Robert E. Day
Direct Dial No.: (313) 259-1770

RED/ls
Enclosures
cc:     Peter Franklin, Chief Financial Officer w/enclosures
        Teresa Williams-Johnson w/enclosures
        Debra Spring, Director-Vistas Nuevas Head Start w/enclosures



CITY OF DETROIT
DEPARTMENT OF HUMAN SERVICES

**RECEIVED**

BY: _____

5031 GRANDY AVENUE
DETROIT, MICHIGAN 48
PHONE 313•852•5609
FAX 313•852•4837
WWW.CI.DETROIT.MI.US

May 11, 2006

MAY 1 6 2006

VISTAS NUEVAS
HEAD START

Debra Spring, Executive Director
Vistas Nuevas Head Start
2051 Rosa Parks Blvd., Ste. 1K
Detroit, MI 48216

Dear Ms. Spring:

On January 31, 2006 the Administration for Children and Families (ACF) issued a Program Instruction on the one (1) percent reduction in the base funding level of all Head Start grantees. This reduction is being implemented because of the requirements of Public Law 109-149, which mandated a one (1) percent recession in virtually all-discretionary programs (excerpt Head Start Information Memorandum ACYF-IM-HS-06-03). The City of Detroit also received a reduction of 1,415 enrollment slots. This enrollment reduction may also affect your delegate program base funding level. The attached form outlines the reduction for your delegate program. Additional reduction has been made utilizing information obtained from our recent community assessment including trend and forecasting also the need for additional full-day program options.

The one (1) percent reduction and the 1,415 reduction packages are due to the Grantee office no later than _May 17, 2006_. It is equally important that along with your reduction package that your Policy Committee approval form be included as well as your 424A form. It is necessary that deadline submission dates be met so that Policy Council approval is obtained for timely submission of our package.

If you have questions regarding the completion of your reduction package you may contact Maheshkumar Patel at 313.887.1044 or Wayne Pierre at 313.887.1039.

Sincerely,

Virginia B. Saleem, Director
Child Development Division

VBS/hm

Enclosure

xc: Shenetta Coleman / Garland Doyle
Sandra Burns / Nichelle Boyd-Ernst
Wayne Pierre / Maheshkumar Patel
Policy Council Chairperson
Judith E. Caliman / Kathleen M. Newmann

J:\Reductions.05.11.06.doc

KWAME M. KILPATRICK, MAYOR

Attachment

## Matrix Human Services Head Start
### Funding 2006

| Current Enrollment | | | 1,370 |
|---|---|---|---|
| Served Until 09/01/06 | | | - |
| Reduced Enrollment | | | 1,370 |

| Program | Detail | Vistas Nuevas | |
|---|---|---|---|
| PA 22 - Program | Initial Funding | $ 8,691,922 | $ 8,371,746 |
| | Less: 1% Reduction | (86,919) | |
| | Less: Adjustment | (233,257) | |
| PA 20 - T/TA | Initial Funding | 41,268 | 41,268 |
| | Less: Reduction | - | |
| | Total Funding | | $ 8,413,014 |

Case 2:08-cv-12495-GCS-MKM   ECF No. 5-3   filed 06/03/08   PageID.110   Page 8 of 37

2006/2007 

**EXHIBIT B**

## CITY OF DETROIT, DEPARTMENT OF HUMAN SERVICES
### Budget, Part 1- A Summary
Beginning Date: November 1, 2006    Ending Date: October 31, 2007

**PA22 PROGRAM SERVICES**        Code: 05CH0113
**VISTAS NUEVAS HEAD START**
a division of
**Matrix Human Services**
120 Parsons
Detroit, Michigan 48201

| Budget Cost Category | Total Budget Cost | Federal Other Sources (USDA) | Non-Federal Other Sources | HHS Share |
|---|---|---|---|---|
| (A) PERSONNEL | $ 6,290,487 | $ - | $ 1,536,860 | 4,753,627 |
| (B) FRINGE BENEFITS | 1,642,682 | | 430,321 | 1,212,361 |
| (C) OUT OF TOWN TRAVEL | 12,355 | - | - | 12,355 |
| (D) EQUIPMENT | | - | - | |
| | | | | |
| (E) SUPPLIES | | | | |
| OFFICE/CLASSROOM SUPPLIES | 416,113 | - | 342,308 | 73,805 |
| FOOD/USDA/NON USDA | 502,000 | 500,000 | - | 2,000 |
| OFFICE MACHINES | 25,000 | - | - | 25,000 |
| AUTO | 22,315 | - | - | 22,315 |
| | | | | |
| (F) CONTRACTUAL | - | - | - | - |
| (G) CONSTRUCTION | - | - | - | - |
| | | | | |
| (H) OTHER | | | | |
| OCCUPANCY | 1,399,027 | - | 310,468 | 1,088,559 |
| STAFF LOCAL TRAVEL | 24,730 | - | - | 24,730 |
| CHILD TRAVEL | 31,500 | - | - | 31,500 |
| CHILD SERVICES | 25,000 | - | - | 25,000 |
| PARENT SERVICES | 66,020 | - | - | 66,020 |
| T/TA | 30,000 | - | - | 30,000 |
| OTHER | 3,000 | - | - | 3,000 |
| TEACHERS QUALIFICATIONS | 28,600 | - | - | 28,600 |
| | | | | |
| | | | | |
| Sub-Totals | $ 10,518,829 | $ 500,000 | $ 2,619,957 | $ 7,398,872 |
| | | | | |
| TOTAL BUDGET | $ 10,518,829 | $ 500,000 | $ 2,619,957 | $ 7,398,872 |

Note this draft is over by $278,399 (w/ 1% reduction)
over by $345,318 ($86,919)
does not include adjustment #s proposed by DHS

# AMERICAN ARBITRATION ASSOCIATION
## Notice of Hearing

April 3, 2008

Jo-Ann Miller
Michigan Council 25, AFSCME
1034 N. Washington Ave.
Lansing, MI 48906

Robert E. Day
Law Offices of Robert E.Day, P.C.
300 River Place
Suite No. 5600
Detroit, MI 48207-4291

Re: 54 390 00043 08
    Michigan Council 25, AFSCME
    and
    Vista Nuevas

Grievances:    A18384-1640-08/class Action/Employee Benefits/Insurance

PLEASE TAKE NOTICE that a hearing in the above-entitled arbitration will be held as follows:

Place:    Vista Nuevas
        120 Parsons
        Detroit, MI 48201

Date:    October 29, 2008
Time:    10:00 AM
Before: George T. Roumell Jr.

NOTE:

Please attend promptly with your witnesses and be prepared to present your proofs.

                Monica F. Martin-Tyler
                    Case Manager
                    248 352 5500
                    tylerm@adr.org

NOTICE: The arbitrator(s) have arranged their schedule and reserved the above date(s) based on the advice of the parties. Therefore, every effort should be made to appear on the date(s) scheduled. In the event that unforeseen circumstances make it impossible to attend the hearing as scheduled, a party requesting a postponement should obtain the agreement of the other party. If there is no mutual agreement, the arbitrator(s) will make a determination. All requests for postponements must be communicated to the Case Manager not the arbitrator. There should be no communication between the parties and the neutral arbitrator(s) other than at oral hearings. In some instances, postponements are subject to cancellation fees by the arbitrator(s). Any party wishing a stenographic record must make arrangements directly with the stenographer and notify the other parties in advance of the hearings.

cc:    George T. Roumell Jr., Esq.

# LAW OFFICES OF ROBERT E. DAY, P.C.

300 River Place-Suite 5600
Detroit, Michigan 48207
Phone: (313) 259-1500
Fax: (313) 259-1605; (313) 259-1607

Robert E. Da

March 31, 2008

*SENT VIA FACSIMILE (248) 352-3147*
*& E-MAIL (tylerm@adr.org@adr.org)*
Monica F. Martin-Tyler, Case Manager
American Arbitration Association
American Center Building-27777 Franklin Road- Suite 1150
Southfield, Michigan 48034-8208

Re:     *AAA Case #54-390-00043-08; Class Action/Employee Benefits Insurance*

Dear Ms. Martin-Tyler:

        I am in receipt of your fax dated March 20, 2008 proposing an October 29, 2008 hearing dat
for the captioned matter.  Please be advised that October 29, 2008 is an acceptable date to th
Employer and the undersigned.

                        Very truly yours,

                        **LAW OFFICES OF ROBERT E. DAY, P.C.**

                        Robert E. Day
                        Direct Dial No.: (313) 259-1770

RED/ls
cc:     Peter Franklin, CFO
        Teresa Williams-Johnson, Human Resources Director-Matrix Human Services
        Debra Spring, Division Director-Vistas Nuevas Head Start

## Robert Day

**From:**    Tina Geller [tgeller@miafscme.org]
**Sent:**    Wednesday, May 28, 2008 4:05 PM
**To:**      'Monica Martin-Tyler'
**Cc:**      Robert Day; dgarder@miafscme.org
**Subject:** 54 390 00043 08/A18384-1640-08/Employee Benefits-Insurance

Dear Monica,

Due to the circumstances of the above case, the Union is requesting that you check into seeing if we may get this matter scheduled at an earlier date, as early as possible.  As of right now we are scheduled for October 29, 2008 before Arbitrator George Roumell.

Thank you for your help in this matter.

Tina Geller, Support Staff
Arbitration Department
Michigan AFSCME Council 25
1034 North Washington Ave
Lansing, Michigan  48906
(517) 487-5081  Fax (517) 487-3970
tgeller@miafscme.org

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Michigan Labor Center*

June 3, 2008

American Center Building, Suite 1150, 27777 Franklin Road, Southfield, MI 48034-8208
telephone: 800-891-4741 facsimile: 248-352-3147
internet: http://www.adr.org/

Jo-Ann Miller
Michigan Council 25, AFSCME
1034 N. Washington Ave.
Lansing, MI 48906

Robert E. Day
Law Offices of Robert E.Day, P.C.
300 River Place
Suite No. 5600
Detroit, MI 48207-4291

Re: 54 390 00043 08
　　Michigan Council 25, AFSCME
　　and
　　Vista Nuevas

Grievances:　　A18384-1640-08/class Action/Employee Benefits/Insurance

Dear Parties:

This will confirm acknowledge receipt of a letter date June 2, 2008, from Mr. Day, a copy of which is attached.

At this time, we request the comments of the union, with respect to Mr. Day's above mentioned letter.

Thank you for your cooperation.

Very truly yours,

Monica F. Martin-Tyler
Case Manager
248 352 5500
tylerm@adr.org

```
        ***********************
        ***   TX REPORT   ***
        ***********************

TRANSMISSION OK

TX/RX NO               4301
RECIPIENT ADDRESS      12483523147
DESTINATION ID
ST. TIME               06/02 15:37
TIME USE               00'29
PAGES SENT             3
RESULT                 OK
```

# LAW OFFICES OF ROBERT E. DAY, P.C.

### 300 River Place-Suite 5600
### Detroit, Michigan 48207-5070
### Phone: (313) 259-1500
### Fax: (313) 259-1605; (313) 259-1607

**IMPORTANT NOTICE:** This facsimile transmission is intended to be delivered only to the named addressee, and may contain material that is confidential, proprietary or subject to legal protection or privilege. If it is received by anyone other than the named addressee, the recipient should immediately notify the sender at the address and telephone number set forth herein and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressee, except by express authority of the sender or the named addressee.

**TO:**          American Arbitration Association
                 Attn: Monica F. Martin-Tyler, Case Manager

**FROM:**        Robert E. Day, Esq.

**DATE:**        June 2, 2008

**FAX #:**       (248) 352-3147

**Pages, including coversheet:**     3

**COMMENTS:**    *Re:*  *AAA Case #54-390-00043-08; Class Action/Employee Benefits Insurance*

**FAX OPERATOR:**    Linda S. Schaub, Secretary to Robert E. Day, Esq.
                     Direct dial no.: (313) 259-1815
                     E-mail address: girlfriday@rdaypc.com

# LAW OFFICES OF ROBERT E. DAY, P.C.

300 River Place-Suite 5600
Detroit, Michigan  48207
Phone:  (313) 259-1500
Fax:  (313) 259-1605; (313) 259-1607

**Robert E. Day**

June 2, 2008

*SENT VIA FACSIMILE (248) 352-3147
 & E-MAIL (tylerm@adr.org@adr.org)*
Monica F. Martin-Tyler, Case Manager
American Arbitration Association
American Center Building-27777 Franklin Road- Suite 1150
Southfield, Michigan  48034-8208

Re:     *AAA Case #54-390-00043-08; Class Action/Employee Benefits Insurance*

Dear Ms. Martin-Tyler:

The Employer writes to oppose a change in the set hearing date.  Aside from the havoc that would be caused in rescheduling a hearing, there are important factors besides cost and inconvenience that weigh against moving the hearing forward.  On February 15, 2008, Arbitrator George T. Roumell accepted the appointment by the American Arbitration Association.  This was after the parties were unable to agree on an original Arbitrator list.  Thus, there is no purposeful delay in that regard to either the Employer or the Union.

This Arbitrator's first offering was September 12, 2008.  Before the parties could comment on that offer, AFSCME, on February 27th or thereabouts, requested that this matter be held in abeyance "pending completion of an internal review process".  The matter indeed was suspended until on or about March 20, 2008, at which time it was unsuspended and new dates were solicited.  On March 20, 2008, the American Arbitration Association formally advised the Employer of the Union's wish to proceed to arbitration.  From that point, the Arbitrator offered October 29, 2008 for a hearing date.  On April 3, 2008, a Notice of Hearing issued for October 29, 2008 before George Roumell, Esq.

From April 2, 2008 until May 28, 2008 the parties have proceeded on a course of conduct to an arbitration hearing October 29, 2008.

The Employer is not willing to open the can of worms looking for available dates, dodging the summer recess, summer vacations, other scheduling conflicts, including by this writer.  Indeed, much of the period in between is tied up with various issues advanced by the Union party to the contract including an arbitration involving a discharge on October 3, 2008.  Thus it would be inappropriate to even open the dialogue of rescheduling a hearing on or  before the 29th of 2008.

# LAW OFFICES OF ROBERT E. DAY, P.C.

Monica F. Martin-Tyler, Case Manager
c/o American Arbitration Association
June 2, 2008
Page 2
Re:    *AAA Case #54-390-00043-08; Class Action/Employee Benefits Insurance*

      If the Union desires  to negotiate some resolution of this matter beforehand, I stand prepared to do so.

          Very truly yours,

          **LAW OFFICES OF ROBERT E. DAY, P.C.**

          Robert E. Day
          Direct Dial No.: (313) 259-1770

RED/ls
cc:    Peter Franklin, Chief Financial Office-Matrix Human Services
       Teresa Williams-Johnson, Human Resources Director-Matrix Human Services
       Debra Spring, Division Director-Vistas Nuevas Head Start

F:\LABOR MATTERS\MATRIX HUMAN SERV.-LABOR GENERAL\CLASS ACTION EMPLOYEE BENEFITS 2008\Martin-Tyler 05-30-08.doc