# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICHIGAN AMERICAN FEDERATION OF
STATE COUNTY AND MUNICIPAL
EMPLOYEES, COUNCIL 25, AFL-CIO
AND ITS AFFILIATED LOCAL 1640,

       Plaintiff,

vs.                          Case No. 2:08-cv-12495
                                  Hon. George Caram Steeh

MATRIX HUMAN SERVICES, VISTA
NUEVAS HEAD START AND
PRESIDENT/CHIEF EXECUTIVE
OFFICER, DR. MARCELLA WILSON,

       Defendants.

| | |
|---|---|
| MICHIGAN AFSCME COUNCIL 25, AFL-CIO<br>By: Cassandra D. Harmon-Higgins (P 68393)<br>Attorneys for Plaintiff<br>600 West Lafayette Blvd., Suite 500<br>Detroit, Michigan 48226<br>(313) 964-1711, extension 2263<br>(313) 964-0230 fax<br>charmon@miafscme.org | ROBERT E. DAY PC<br>By: Robert E. Day (P 12579)<br>Attorneys for Defendants<br>300 Stroh River Place, Suite 5600<br>Detroit, Michigan 48207<br>(313) 259-1770<br>(313) 259-1605 fax<br>day@rdaypc.com |
| | ABBOTT NICHOLSON, P.C.<br>By: Michael R. Blum (P 39976)<br>Co-Counsel for Defendants<br>300 River Place, Suite 3000<br>Detroit, Michigan 48207-4225<br>(313) 566-2500<br>(313) 566-2502 fax<br>mrblum@abbottnicholson.com |

## AFFIDAVIT OF PETER FRANKLIN

STATE OF MICHIGAN    )
                             ) ss.
COUNTY OF WAYNE     )

    1.    I, Peter Franklin, am the Chief Financial Officer of Matrix Human

Services and am responsible for the financial administration of the Vistas Nuevas Head

Start Program along with the Director, Ms. Debra Spring.  My work address is 120

Parsons Street, Detroit, Michigan 48201-2002. I have held this position for approximately two (2) years. I am familiar with the facts recited in this Affidavit and, if called to testify, could competently testify to these facts.

2.   First, the Verified Complaint and Motion for a Temporary Restraining Order, Show-Cause Order and Preliminary Injunction at Paragraph 14 cites footnote 1 and unit employee Linda Harper. It alleges after attempting to fill prescriptions on June 4, 2008, Ms. Harper was informed by Total Health Care that the Defendants cancelled benefits June 1, 2008. This is inaccurate. Neither Total Health Care nor Matrix committed any deliberate act to cause this problem. Total Health Care advised Matrix in a personal conversation with me on June 5, 2008, a clerical error had occurred affecting only Ms. Harper. Total Health Care had corrected the error within approximately twenty-four hours from the point the error was identified. This correction was handled based on internal quality control at Total Health Care. Ms. Harper received her prescriptions on the morning of June 5, 2008.

3.   It is incorrect at Paragraph 13 of the same document to state that dating as far back as 2000, the unit employees have received continuous medical coverage during Summer recess. It is absolute fact, based upon the records that I have seen, and the discussions I have had with the Director as well as various individuals who were involved in collective bargaining and who defended unfair labor practice charges over healthcare that the Employer issued COBRA notices in the Summer of 2003 to everyone and offered no continuous healthcare medical coverage, dental or optical in 2003. That was the year the full Head Start program went from twelve (12) months to ten (10) months due to severe budgetary shortcomings and falling enrollment. That also was the year the

employees all were laid off at the end of ten (10) months and the program except for a few specific situations did not commence again until August of 2003. Prior to June 2003, Matrix operated a twelve (12)-month Head Start program with twelve (12) months' pay and twelve (12) months' medical coverage for such twelve (12) months' employment.

4.      For each year after 2003, the paperwork which I have reviewed and which I have seen attached to the Brief demonstrates each year stands on its own. Each year, the Employer decides whether or not it can afford to continue Summer healthcare for ten (10)-month employees during the Summer layoff provided the employees paid their premium share before the commencement of Summer layoff. In the event the employee did not prepay their premium share, COBRA notices always issued.

5.      Within the structure of the national Head Start program, Matrix Human Services is a delegate agency from the City of Detroit; the City is known as a Grantee from the Grantor which is the Department of Health and Human Services of the federal government. The Department of Health and Human Services is a grantor that provides federal funding to Grantees. Grantees in turn look for delegate agencies who, under contract, will comply with the Code of Federal Regulations and agree to administer the Head Start Program with federal dollars. The current Vistas Nuevas Head Start budget is for the period November 1, 2007 to October 31, 2008 and involves over $8,000,000.00. A sample budget is attached. (See Attachment "A") All budgets, which have been provided to the Union over the years, demonstrate that fringe benefits including healthcare are budgeted based upon actual pay / actual time worked, not on a twelve (12)-month continuous year. Attached are various information requests (See Attachment "B") from the Union wherein they have been able to monitor budget developments time and

3

time again.  Also attached is a summary prepared at my direction for inclusion in this Affidavit demonstrating the Total Health Care premium amounts actually at issue. Counting employee contributions from layoff to reinstatement the premium cost is $114,430.31.  (See Attachment "C").  I am the creator of the summary demonstrating the amounts involved in supplying the HMO and the PPO portions of Total Health Care. That exhibit accurately reflects the employee premiums, which they pay, and the Employer portion subject to whether or not the COBRA notices have been adequately and legally implemented.

6.      At the present time, the Total Health Care COBRA cancellation would have occurred on June 6th for the majority of unit employees.  As a result of the state Court Order, the Employer reversed that decision on June 6, 2008 pending resolution of these equitable proceedings.

7.      The Employer does not have payroll provisions in place to implement employee pre-pays unless this matter is resolved on or before the 13th of June as there is only one short (one week) paycheck left.  Whether one week net pay would be adequate or not to subsidize employee summer premium share is not known at this time.

8.      The Employer is a 501(c)(3) organization that bargains with the Union pursuant to a National Labor Relations Act Certification of Representative, in Case No. 7-RC-22201 and has numerous grievances that it administers and unfair labor practice charges in which it defends itself including healthcare issues. (See Attachment "D")

9.      As it pertains to the 2008 Summer recess letters, on May 15th the draft letter providing dates for last days worked and return to work were handed to the Union and the employee committee on that day.  No objection was raised.  The actual letter itself (See

4

Attachment "E") issued to the bargaining unit on May 23rd in their paychecks. On June 3rd, the attached important "additional information regarding your benefits during layoff" document was provided to Union representative Sarah George via telephone and fax. It is attached with "E". It answers all questions as to medical insurance termination, dental insurance and vision insurance continuation, and speaks to non-COBRA benefits such as life insurance and disability insurance. The handwriting was placed on the documents by the Human Resources Manager at my direction.

10.    Also at the May 15th bargaining session, the Employer reiterated its position that it does not provide or guarantee benefits for time not worked. The Employer stated then and in writing as it has in the past, that the budgets themselves supplied to the Union on numerous occasions do not provide Employer-paid healthcare during Summer recess. See attached letter, "F". In an attempt to reiterate the position and make it clear, the Employer in its 2008 negotiations states that in 2009 at Paragraph 5 it is not budgeting Summer layoff healthcare.

I declare under penalty of perjury that the foregoing is true and correct..

Peter Franklin, Chief Financial Officer
Matrix Human Services
120 Parsons Street
Detroit, Michigan 48201-2002.

Executed on : 6/11/08

## INDEX TO PETER FRANKLIN AFFIDAVIT

A.     May 2006 Budget minus 1% for 2006-2007

       2006-2007 thus the same less than 1 percent of 2005-2006

B.     Union Information Requests:

          1.     Leroy Carter – September 12, 2002; December 10, 2002;

          2.     Sharon Donahue July 2, 2004;

          3.     Robert Davis July 18, 2005;

          4.     Herb Sanders April 27, 2006 and June 1, 2006; and

          5.     Sarah George March 4, 2008.

C.     Summer 2008 summaries of COBRA costs, enrollments.

D.     NLRB Proceedings

E.     2008 Layoff notices and COBRA notices

F.     May 11, 2008 notification to Union re: Summer 2009 healthcare for ten-month staff.

# EXHIBIT "A"

### Exhibit "A" to Peter Franklin, CFO's Affidavit

**Budget to Union**

**Presented to Herb Sanders in May 2006 (#8) negotiations showing one percent (1%) reduction in funding.**
**Announced January 2006 by City of Detroit .**
**Because the funding was cut in 2005-2006, 2006-2007 was nearly the same.**

2006/2007

# EXHIBIT B
## CITY OF DETROIT, DEPARTMENT OF HUMAN SERVICES
### Budget, Part 1- A Summary
**Beginning Date: November 1, 2006        Ending Date: October 31, 2007**

**PA22 PROGRAM SERVICES                Code: 05CH0113**
**VISTAS NUEVAS HEAD START**
a division of
**Matrix Human Services**
**120 Parsons**
**Detroit, Michigan  48201**

| Budget Cost Category | Total Budget Cost | Federal Other Sources (USDA) | Non-Federal Other Sources | HHS Share |
|---|---|---|---|---|
| (A) PERSONNEL | $    6,290,487 | $            - | $    1,536,860 | 4,753,627 |
| (B) FRINGE BENEFITS | 1,642,682 | | 430,321 | 1,212,361 |
| (C) OUT OF TOWN TRAVEL | 12,355 | - | - | 12,355 |
| (D) EQUIPMENT | - | - | - | |
| | | | | |
| (E) SUPPLIES | | | | |
| OFFICE/CLASSROOM SUPPLIES | 416,113 | - | 342,308 | 73,805 |
| FOOD/USDA/NON USDA | 502,000 | 500,000 | - | 2,000 |
| OFFICE MACHINES | 25,000 | - | - | 25,000 |
| AUTO | 22,315 | - | - | 22,315 |
| | | | | |
| (F) CONTRACTUAL | - | - | - | - |
| (G) CONSTRUCTION | - | - | - | - |
| | | | | |
| (H) OTHER | | | | |
| OCCUPANCY | 1,399,027 | - | 310,468 | 1,088,559 |
| STAFF LOCAL TRAVEL | 24,730 | - | - | 24,730 |
| CHILD TRAVEL | 31,500 | - | - | 31,500 |
| CHILD SERVICES | 25,000 | - | - | 25,000 |
| PARENT SERVICES | 66,020 | - | - | 66,020 |
| T/TA | 30,000 | - | - | 30,000 |
| OTHER | 3,000 | - | - | 3,000 |
| TEACHERS QUALIFICATIONS | 28,600 | - | - | 28,600 |
| | | | | |
| | | | | |
| | | | | |
| Sub-Totals | $   10,518,829 | $     500,000 | $    2,619,957 | $   7,398,872 |
| | | | | |
| TOTAL BUDGET | $   10,518,829 | $     500,000 | $    2,619,957 | $   7,398,872 |

Note this draft is over by $278,399 (w/1% reduction)
over by $365,318 ($86,919      )
does *not* include adjustment #s proposed by DHS

06-47

#2        Exh 5

Project Title: VISTAS NUEVA   EAD START
FUND YEAR 2006/2007

| # Persons | Personnel Title or Positions | | Annualized Salary | % of Time | Total Amount |
|---|---|---|---|---|---|
| 1 | Subpart A - Assist Director | (F) | $  54,653 | 50% | $  27,327 |
| 1 | Subpart B - Assist Director | (F) | 54,653 | 50% | 27,327 |
| 1 | Education Coordinator | (F) | 50,304 | 100% | 50,304 |
| 1 | Social Services Coordinator | (F) | 50,304 | 100% | 50,304 |
| 1 | Health Coordinator | (F) | 51,350 | 100% | 51,350 |
| 1 | Nutrition Coordinator | (F) | 50,304 | 100% | 50,304 |
| 1 | Parent Involvement Coor. | (F) | 50,251 | 100% | 50,251 |
| 1 | Asst. Education Coordinator | (F) | 49,179 | 100% | 49,179 |
| 1 | Asst. Education Coordinator | (F) | 48,175 | 100% | 48,175 |
| 1 | Asst. Social Serv. Coor. | (F) | 46,489 | 100% | 46,489 |
| 1 | Asst. Health Coordinator | (F) | 46,489 | 100% | 46,489 |
| 1 | Asst. Parent Involvement Coor. | (F) | 43,741 | 100% | 43,741 |
| 1 | Asst. Nutrition | (F) | 43,741 | 100% | 43,741 |
| 4 | Head Teachers / CA II | (T) | 41,095 | 80% | 131,504 |
| 2 | Head Teachers / CA I | (T) | 38,700 | 80% | 61,920 |
| 1 | Head Teachers / CA II | (T) | 35,606 | 80% | 28,485 |
| 4 | Head Teachers / CA II | (T) | 35,606 | 80% | 113,939 |
| 1 | Head Teachers / CA II | (T) | 39,028 | 80% | 31,222 |
| 2 | Home Visitor II | (T) | 24,618 | 100% | 49,236 |
| 1 | Home Visitor II | (T) | 28,554 | 100% | 28,554 |
| 1 | Parent Aide | (F) | 31,291 | 100% | 31,291 |
| 2 | Teachers II | (T) | 26,262 | 100% | 52,524 |
| 3 | Teachers II | (T) | 32,358 | 100% | 97,074 |
| | | | | | |
| | | | | | |
| | | | **Salary & Wage Costs** | | 1,210,730 |
| | | | | | |

06-48

| Project Title:  VISTAS NUEVAS HEAD START FUND YEAR 2005/2006 | | | | Page 3 of 16 |
|---|---|---|---|---|
| # Persons | Personnel Title or positions | Annualized Salary | % of Time | Total Amount |
| 18 | Teachers I    (T) | 26,571 | 100% | 478,278 |
| 2 | Teachers I    (T) | 22,760 | 100% | 45,520 |
| 6 | Teachers I    (T) | 22,833 | 100% | 136,998 |
| 3 | Teachers I    (T) | 24,541 | 100% | 73,623 |
| 3 | Teachers I    (T) | 25,694 | 100% | 77,082 |
| 3 | Teachers I    (T) | 26,260 | 100% | 78,780 |
| 1 | Teachers I    (T) | 27,594 | 100% | 27,594 |
| 5 | Teachers I    (T) | 28,438 | 100% | 142,190 |
| 1 | Teachers I    (T) | 29,035 | 100% | 29,035 |
| 4 | Teachers I    (T) | 30,754 | 100% | 123,016 |
| 8 | Assistant Teachers I    (T) | 19,608 | 100% | 156,864 |
| 6 | Assistant Teachers I    (T) | 19,780 | 100% | 118,680 |
| 2 | Assistant Teachers I    (T) | 19,995 | 100% | 39,990 |
| 1 | Assistant Teachers I    (T) | 19,603 | 100% | 19,603 |
| 1 | Assistant Teachers I    (T) | 20,707 | 100% | 20,707 |
| 1 | Assistant Teachers I    (T) | 20,525 | 100% | 20,525 |
| 1 | Assistant Teachers I    (T) | 21,190 | 100% | 21,190 |
| 12 | Assistant Teachers I    (T) | 21,318 | 100% | 255,816 |
| 1 | Assistant Teachers I    (T) | 21,597 | 100% | 21,597 |
| 13 | Assistant Teachers 1    (T) | 23,198 | 100% | 301,574 |
| 1 | Assistant Teachers 1    (T) | 24,679 | 100% | 24,679 |
| 1 | Assistant Teachers I    (T) | 25,204 | 100% | 25,204 |
| 4 | Family Service Workers I    (T) | 22,833 | 100% | 91,332 |
| 1 | Family Service Workers I    (T) | 24,778 | 100% | 24,778 |
| 2 | Family Service Workers I    (T) | 26,522 | 100% | 53,044 |
| 3 | Family Service Workers I    (T) | 27,284 | 100% | 81,852 |
| 1 | Family Service Workers I    (T) | 28,128 | 100% | 28,128 |
| 2 | Family Service Workers I    (T) | 28,230 | 100% | 56,460 |
| 1 | Family Service Workers I    (T) | 28,726 | 100% | 28,726 |
| 2 | Family Service Workers I    (T) | 28,787 | 100% | 57,574 |
| 1 | Family Service Workers I    (T) | 28,647 | 100% | 28,647 |
| 2 | Family Service Workers II    (T) | 31,096 | 100% | 62,192 |
| 4 | Family Service Workers II    (T) | 30,474 | 100% | 121,896 |
| 1 | Family Service Workers II    (T) | 32,358 | 100% | 32,358 |
| | (F) = 12 months | | | |
| | (T) = 10 months | | | |
| | | | Salary & Wage Costs | $    2,905,532 |

| Project Title: Vistas Nuevas Head Start | | | | Page 4 of 16 |
|---|---|---|---|---|
| **FUND YEAR 2006/2007** | | | | |
| **# Persons** | **Personnel Title or Position** | **Annualized Salary** | **% Time** | **Total Amount** |
| 1 | Bldg./Maint. Coordinator    (F) | $    39,069 | 95% | $    37,115 |
| 1 | Bldg./Maint. Coordinator    (F) | 33,967 | 100% | 33,967 |
| 1 | Driver/Bldg. Maint. Worker    (F) | 29,845 | 100% | 29,845 |
| 1 | Driver/Bldg. Maint. Worker    (F) | 25,779 | 100% | 25,779 |
| 1 | Family Literacy Specilist 1 (T) | 24,778 | 100% | 24,778 |
| 1 | Family Literacy Specialist I    (T) | 24,778 | 100% | 24,778 |
| 1 | Family Literacy Specialist II  (T) | 28,654 | 100% | 28,654 |
| | | | | |
| | | | | |
| | | | | |
| | (F) 12 months | | | |
| | (T) 10 months | | | $    204,916 |
| | | | | |
| | **Total Salary & Wage Costs** | | | $    4,321,178 |

| | **Fringe Benefits:** | **Percentage** | | |
|---|---|---|---|---|
| 1 | Social Security FICA | 7.65% | | |
| 2 | State Disability | 2.75% | | |
| 3 | Unemployment | | | |
| 4 | Worker's Compensation | 0.70% | | |
| 5 | Health/Dental/Life Insurance | 15.00% | | |
| 6 | Retirement | | | |
| 7 | | | | |
| | **Total %** | 26.10% | $ | 1,127,828 |
| | | | | |
| | | **Total Personnel Costs** | $ | 5,449,005 |

06-50

| Project Title:  VISTAS NUEVAS HEAD START FUND YEAR 2005/2006 | | | | Page 5 of 16 |
|---|---|---|---|---|

| # Persons | Personnel Title or Position | Annualized Salary | % of Time | Total Amount |
|---|---|---|---|---|
| 4 | Driver/Custodians          (T) | $    21,800 | 67% | 58,424 |
| 2 | Driver/Custodians          (T) | 21,153 | 59% | 24,961 |
| 1 | Driver/Custodians          (T) | 21,153 | 59% | 12,480 |
| 2 | Driver/Custodians          (T) | 21,153 | 59% | 24,961 |
| 5 | Driver/Custodians          (T) | 23,000 | 57% | 65,550 |
| 1 | Driver/Custodians          (T) | 23,000 | 57% | 13,110 |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Hourly salary  (part time) |  |  |  |
|  |  |  |  |  |
|  | (F) = 12 months |  |  |  |
|  | (T) =  10 months |  |  |  |

| | Total Salary & Wage Costs | | | $    188,897 |
|---|---|---|---|---|

| | Fringe Benefits: | Percentage | | |
|---|---|---|---|---|
| 1 | Social Security FICA | 7.65% | | |
| 2 | State Disability | 2.75% | | |
| 3 | State Unemployment | | | |
| 4 | Worker's Compensation | 0.70% | | |
| 5 | Health/Dental/Life Insurance | | | |
| 6 | Retirement | | | |
| 7 | | | | |
| | Total % | 11.10% | | $     20,968 |

| | Total Personnel Costs | | | $    209,865 |
|---|---|---|---|---|

06-51

| Project Title:  VISTAS NUEVAS HEAD START FUND YEAR 2006/2007 | | | | Page 6 of 16 |
|---|---|---|---|---|
| # Persons | Personnel Title or Position | Annualized Salary | % of Time | Total Amount |
| 5 | Cooks     (T) | $    23,737 | 70% | $      83,080 |
| 2 | Cooks     (T) | 19,608 | 70% | 27,451 |
| 5 | Cooks     (T) | 23,198 | 70% | 81,193 |
| 3 | Cooks     (T) | 24,680 | 70% | 51,828 |
| | | | | |
| | | | | |
| | | | | |
| | (F) = 12 months | | | |
| | (T) = 10 months | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Total Salary & Wage Costs** | | | $      243,552 |

| | Fringe Benefits: | Percentage | | |
|---|---|---|---|---|
| 1 | Social Security FICA | 7.65% | | |
| 2 | State Disability | 2.75% | | |
| 3 | Unemployment | | | |
| 4 | Worker's Compensation | 0.70% | | |
| 5 | Health/Dental/Life Insurance | 15.00% | | |
| 6 | Retirement | | | |
| 7 | | | | |
| | **Total %** | 26.10% | | $      63,567 |
| | **Total Personnel Costs** | | | $      204,455 |

06-52

| Project Title: VISTAS NUEVAS HEAD START *** IN-KIND *** FUND YEAR 2005/2006 | | | | Page 7 of 16 |
|---|---|---|---|---|
| # Persons | Personnel Title or Position | Weekly Salary | % of Time | Total Amount |
| 212 | Volunteers @ 52 weeks | $   94 | | $   1,036,256 |
| 5 | Education Consultants | 357 | | 92,820 |
| 5 | Social Services Consultants | 357 | | 92,820 |
| 5 | Health Consultants | 357 | | 92,820 |
| 5 | Mental Health Consultants | 357 | | 92,820 |
| 5 | Nutrition Consultants | 357 | | 92,820 |
| 2 | Dental Consultant | 351 | | 36,504 |
| | | | | |
| | % of time 52 weeks | | | |
| | | | | |
| | | | | |
| | Total Volunteer & Consultants Services | | | $   1,536,860 |
| Clothing | Pants, hats, gloves, dresses, etc. | | | |
| Furniture | Tables, chairs, gym, etc. | | | |
| Equip. | Gym, stove, refrigerator, etc. | | | |
| Materials | Books, kits, packets, etc. | | | |
| | Admission, transportation, food, appliances, tickets, delivery, etc. | Total Goods | $ | 342,308 |

| | Fringe Benefits: | Percentage | | |
|---|---|---|---|---|
| 1 | Social Security FICA | 7.65% | | |
| 2 | State Disability | 3.75% | | |
| 3 | Unemployment | 0.70% | | |
| 4 | Worker's Compensation | 2.90% | | |
| 5 | Health/Dental/Life Insurance | 13.00% | | |
| 6. | Retirement | | | |
| 7 | | | | |
| | Total % | 28.00% | $ | 430,321 |
| | | Total In-Kind Costs | $ | 2,309,489 |

06-53

**Vistas Nuevas Head Start a division of Matrix Human Services**
**Budget Detail**
**FUND YEAR 2006/2007**

| PROJECT TITLE: Vistas Nuevas Head Start | | Page 8 of 16 |
|---|---|---|
| Description of Cost Category & Basis of Evaluation | | Amount |
| **RENT - OTHER - OCCUPANCY** | | |
| Rosa Parks Office Suites @ $12,500 per month x 12 months | $ | 150,000 |
| Fiore Center @ $5,000.00 per month x 12 months | | 60,000 |
| Cecil Center @ $4,347.00 per month x 12 months | | 52,164 |
| Manuel Reyes Center @ $5,750.00 per month x 12 months | | 69,000 |
| Holy Redeemer Center @ $5,495.10 per month x 12 months | | 65,941 |
| St. Matthew Center @ $5,457.90 per month x 12 months | | 65,495 |
| St. Stephen Center @ $6,045.90 per month x 12 months | | 72,551 |
| WC'3 Center @ $700.00 per month x 12 months | | 8,400 |
| SS Peter & Paul Center @ $2,765.00 per month x 12 months | | 33,180 |
| Word of Truth @ $4,500 per month x 12 months | | 54,000 |
| Simpson Center @ 3,975 per month x 12 months | | 47,700 |
| Rosa Parks 2 @ $9.00 per sq footages x 12,500 | | 112,500 |
| Resource Center @ 1,671 per month x 12 months | | 20,052 |
| | $ | 810,983 |
| **UTILILITIES/TELEPHONE** | | |
| Telephone | $ | 80,271 |
| ISDN LAN Internet Service with Dynamic Address & (10 email boxes) | | 3,000 |
| Gas, Electric and Water | | 30,750 |
| | $ | 114,021 |
| **BUILDING AND CHILD LIABILITY INSURANCE** | | |
| Child/Parent/Volunteer Liability/General Insurance | $ | 67,405 |
| **BUILDING MAINTENANCE/REPAIR AND OTHER OCCUPANCY** | | |
| Janitorial materials, supplies and upkeep | $ | 40,450 |
| Security | | 15,000 |
| Exterminating services | | 7,600 |
| Trash pick-up | | 15,500 |
| Building Taxes | | 15,000 |
| Building Licensing | | 2,600 |
| | $ | 96,150 |
| Occupancy Grand Total | $ | 1,088,559 |
| **LOCAL STAFF TRAVEL** | | |
| Out of area travel/workshops/seminars/meetings | $ | 500 |
| **MILEAGE** | | |
| Coordinators @ 5 X 250 mi./mo x $0.445/mi. X 12 mo. | $ | 6,675 |
| Asst. Coordinators @ 6 X 250 mi./mo. X $0.445/mi. X 12 mo. | | 8,010 |
| Head Teachers/CA's @ 12 X 50 mi./mo. X $0.445/mi. X 12 mo. | | 3,204 |
| Home Visitors @ 3 X 200 mi./mo. X $0.445/mi. X 10 mo. | | 2,670 |
| Family Service Workers @ 24 X 25 mi./mo. X $0.0445/mi. X 10 mo. | | 2,670 |
| Learning Center Aide @ 3 X 75 mi./mo. X $0.445/mi. X 10 mo. | | 1,001 |
| | $ | 24,730 |
| | $ | 1,113,289 |

06-54

**Vistas Nuevas Head Start a division of Matrix Human Services**
**Budget Detail**
**FUND YEAR 2006/2007**

| PROJECT TITLE:  Vistas Nuevas Head Start | Page 10 of 16 |
|---|---|
| Description of Cost Category & Basis of Evaluation | Amount |

| | |
|---|---|
| **SUPPLIES** | |
| Education, Social Services, Health/Dental/Mental Health & Nutrition Office & classroom–construction paper, glue, paint, books, kits, chairs, tables, blocks, indoor play scapes, coat racks, bookshelves, toys, paper, crayons, binders, storage tower, storage file, etc. | $     59,805 |
| Periodicals, resource material, membership renewals & fees, | 2,000 |
| Postage and Printing | 2,000 |
| Laundry services (full day classrooms) | 10,000 |
| | $     73,805 |
| | |
| **FOOD SERVICE SUPPLIES** | $      2,000 |
| | |
| **OTHER SUPPLIES** | |
| **OFFICE MACHINES** | |
| Rental/lease/maintenance of typewriters, copiers, printers, and supplies for copiers, printers, fax machines, typewriters, etc. | $     25,000 |
| | |
| **AUTO** | |
| Gas for transporting equipment, supplies and meals Maintenance and upkeep of program vehicles, motor vehicles records, license check, license plates, etc. | $     12,452 |
| Vehicle liability | 9,863 |
| | $     22,315 |
| | |
| **SUPPLIES GRAND TOTAL  $123,120** | |
| | |
| **CHILD TRAVEL** | |
| Fieldtrips @ 45 classrooms x 350 per bus = 15,750 x 2 | $     31,500 |
| | |
| | |
| | $    154,620 |

**Vistas Nuevas Head Start a division of Matrix Human Services**
**Budget Detail**
**FUND YEAR 2006/2007**

| PROJECT TITLE: Vistas Nuevas Head Start | | Page 11 of 16 |
|---|---|---|
| Description of Cost Category & Basis of Evaluation | **Amount** | |
| **PARENT SERVICES** | | |
| | | |
| Vol. Kitchen Aides @ $4.00/per hr per parent X4 days X 3 hrs. X 50 wk.X 9 parents | $ | 21,600 |
| Substitute Trainees (classroom aides) @ $4.00/per hr per parent X 10 days | | |
| X 7 hrs. X 13 parents | | 3,640 |
| Parent Training Retreat | | 2,000 |
| Male Conference @ 1,000, Pre/ Post-Natal Workshop @ 1,000 | | 2,000 |
| Exploring Parenting | | 2,000 |
| Parenting Matters/Transition/Career | | 2,000 |
| Community Network | | 500 |
| Luncheon Kindergarden | | 500 |
| Community Day | | 2,500 |
| Awareness Day | | 2,000 |
| Cinco de Mayo | | 2,000 |
| Policy Committee Meetings/Training | | |
| Child Care @ $4.00/per hr. per session X 17 sessions X 3 hrs. X 16 parents | | 3,264 |
| Local Travel @ $3.00/per session per parent X 17 sessions X 16 parents | | 816 |
| Sub-Committee Meetings/Training | | |
| Child Care @ $4.00/per hr per session X 6 sessions X 2 hrs. X 10 parents | | 480 |
| Local Travel @ $3.00/per session per parent X 6 sessions X 10 parents | | 180 |
| Self Assessment training/participation @ $4.00/per hr per participant X 7 | | |
| Trainings X 7 hrs per training X 10 days | | 1,960 |
| Center activities - supplies, incentives and material | | 3,500 |
| Literacy supplies and material | | 2,000 |
| NHSA Annual Parent Conf. @ $145./per day per parent X 5 days X 2 parents | | 1,450 |
| Child care @ $25./per day per parent X 5 days X 2 parents | | 250 |
| NHSA Annual Conference @ $145./per day per parent X 5 days X 2 parents | | 1,450 |
| Child care @ $25./per day per parent X 5 days X 2 parents | | 250 |
| Airfare @ $ 280 per trip X 6  parents | | 1,680 |
| Registration fees @ $ 300 per Conf./Training per parent X 6 parents | | 1,800 |
| Parent Volunteer Annual Awards Banquet | | 4,500 |
| Center recognition programs/activities | | 1,700 |
| | | |
| **Parent Services Grand Total** | $ | 66,020 |
| | | |
| **TEACHER QUALIFICATIONS** | | |
| Tuition, course books, fees, applications, certification and assessment fees for classroom teachers along with training needed for staff to enhance their skills. | $ | 28,600 |

Project Title: Vistas Nuevas Head Start a division of Matrix Human Services
Code: 05CH0113
Attachment: Budget 1a & 1b Summary

Page 12 of 36

Description of Item and Basis for Budget

| HEAD START CENTER | COST PER PRIMARY SQUARE FT. | PRIMARY RENTAL SQUARE FT. | PRIMARY MARKET RENT | COST PER SECONDARY SQUARE FT. | SECONDARY RENTAL SQUARE FT. | SECONDARY MARKET RENT | NON RENTAL SQUARE FT. | TOTAL MARKET RENT | AGENCY COST | IN-KIND |
|---|---|---|---|---|---|---|---|---|---|---|
| Rosa Parks Suites | $ 21.00 | $ 12,500 | $ 262,500 | $ 18.00 | $ 2,500 | $ 45,000 | $ 3,500 | $ 307,500 | $ 150,000 | $ 1 |
| Flore Center | 12.20 | 4,700 | 57,340 | 8.20 | 2,225 | 18,245 | 480 | 75,585 | 60,000 | 15,585 |
| Cecil Center | 7.70 | 7,945 | 61,177 | 4.70 | 1,800 | 8,460 | 1,932 | 69,637 | 52,164 | 17,473 |
| Manuel Reyes Center | 6.50 | 12,500 | 81,250 | 3.50 | 5,200 | 18,200 | 2,750 | 99,450 | 69,000 | 30,450 |
| Holy Redeemer | 8.50 | 6,266 | 53,261 | 5.50 | 3,650 | 20,075 | 1,020 | 73,336 | 65,941 | 7,395 |
| St. Matthew Center | 9.50 | 6,704 | 63,688 | 6.50 | 2,100 | 13,650 | 433 | 77,338 | 65,495 | 11,843 |
| St. Stephens Center | 7.20 | 7,700 | 55,440 | 9.00 | 2,000 | 18,000 | 2,897 | 73,440 | 72,551 | 889 |
| WC3 Center | 5.20 | 3,115 | 16,198 | 6.38 | 750 | 4,785 | 614 | 20,983 | 8,400 | 12,583 |
| SS Peter & Paul Center | 7.70 | 6,100 | 46,970 | 4.70 | 850 | 3,995 | 3,100 | 50,965 | 33,180 | 17,785 |
| Word of Truth | 7.20 | 6,000 | 43,200 | 4.70 | 2,500 | 11,750 | 2,897 | 54,950 | 54,000 | 950 |
| Simpson Center | 7.20 | 6,000 | 43,200 | 4.70 | 2,500 | 11,750 | 2,897 | 54,950 | 47,700 | 7,250 |
| Rosa Parks 2 | 9.00 | 12,500 | 112,500 | 6.50 | 2,100 | 13,650 | 433 | 126,150 | 112,500 | 13,650 |
| Resource Center | 10.00 | 6,100 | 61,000 | 4.70 | 850 | 3,995 | 3,100 | 64,995 | 20,052 | 44,943 |
| | | | | | | | | | | |
| Totals | | $ 98,130 | $ 957,724 | | $ 29,025 | $ 191,555 | $ 26,053 | $ 1,149,279 | $ 810,983 | $ 338,296 |

06-58

**EXHIBIT B**
**CITY OF DETROIT, DEPARTMENT OF HUMAN SERVICES**
**Budget, Part 1B Summary**
Beginning Date: November 1, 2006      Ending Date:  October 31, 2007
PA22 Administrative Costs          Code:  05CH0113

VISTAS NUEVAS HEAD START
a division of
Matrix Human Services
120 Parsons
Detroit, Michigan  48201

| Budget Cost Category | Total Budget Cost | Federal Other Sources (USDA) | Non-Federal Other Sources | HHS Share |
|---|---|---|---|---|
| (A) PERSONNEL | $        355,975 | $            - | $            - | $        355,975 |
| (B) FRINGE BENEFITS | 92,910 | - | - | 92,910 |
| (C)TRAVEL (out of town) | 8,430 | - | - | 8,430 |
| (D) EQUIPMENT | - | - | - | - |
| (E) SUPPLIES | | | | |
| OFFICE SUPPLIES | 10,722 | | - | 10,722 |
| OFFICE MACHINES | 7,107 | | | 7,107 |
| (F) CONTRACTUAL | - | - | - | - |
| (G) CONSTRUCTION | - | - | - | - |
| (H) OTHER | | | | |
| OCCUPANCY | 14,906 | - | - | 14,906 |
| STAFF TRAVEL (local) | 5,022 | - | - | 5,022 |
| T/TA | 12,783 | - | - | 12,783 |
| LEGAL SERVICES & INSURANCE | 83,036 | - | - | 83,036 |
| (I) INDIRECT COSTS | 625,308 | - | - | 625,308 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ADMIN. TOTAL BUDGET | $      1,216,199 | $            - | $            - | $      1,216,199 |

06-59

| Project Title: VISTAS NUEVAS HEAD START | Page 14 of 16 |
|---|---|
| **FUND YEAR 2006/2007** | |

| # Persons | Personnel Title or Position | | Annualized Salary | % of Time | Total Amount |
|---|---|---|---|---|---|
| 1 | Executive Director | (F) | $ 66,483 | 100% | $ 66,483 |
| 1 | Assistant Director | (F) | 54,653 | 50% | 27,327 |
| 1 | Assistant Director | (F) | 54,653 | 50% | 27,327 |
| 1 | Accountant | (F) | 48,466 | 100% | 48,466 |
| 1 | Accounting Clerk | (F) | 28,042 | 100% | 28,042 |
| 1 | Administrative Assistant | (F) | 35,398 | 100% | 35,398 |
| 1 | Secretary | (F) | 29,413 | 100% | 29,413 |
| 4 | Head Teachers / CA II | (T) | 41,095 | 20% | 32,876 |
| 2 | Head Teachers / CA II | (T) | 38,700 | 20% | 15,480 |
| 4 | Head Teachers / CA II | (T) | 35,404 | 20% | 28,323 |
| 1 | Head Teachers / CA II | (T) | 35,406 | 20% | 7,081 |
| 1 | Head Teacher / CA II | (T) | 39,028 | 20% | 7,806 |
| 1 | Bldg./Maint. Coordinator | (F) | 39,069 | 5% | 1,953 |
| | (F) = 12 Months | | | | |
| | (T) = 10 Months | | | | |
| | **Total Salary & Wage Costs** | | | | $ 355,975 |

| | Fringe Benefits: | Percentage | | |
|---|---|---|---|---|
| 1 | Social Security FICA | 7.65% | | |
| 2 | State Disability | 2.75% | | |
| 3 | Unemployment | | | |
| 4 | Worker's Compensation | 0.70% | | |
| 5 | Health/Dental/Life Insurance | 15.00% | | |
| 6 | Retirement | | | |
| 7 | | | | |
| | **Total %** | 26.10% | $ | 92,910 |
| | | | | |
| | | | | |
| | **Total Personnel Costs** | | $ | 448,885 |

06-60

**Vistas Nuevas Head Start a division of Matrix Human Services**
**Budget Detail**
**FUND YEAR 2006/2007**

| PROJECT TITLE:  Vistas Nuevas Head Start | Page 15 of 16 | |
|---|---|---|
| Description of Cost Category & Basis of Evaluation | Amount | |
| TRAVEL (out of town) | | |
| NHSA Conf. @ $ 145./per day per staff X 5 days X 3 staff | $ | 2,175 |
| Airfare @ $ 280.00 per staff x 3 staff | | 840 |
| NAEYC Conf. @ $145./per day per staff X 5 days X 1 staff | | 725 |
| Airfare @ $ 280.00 per staff x 1 staff | | 280 |
| Management H.S. Training  @ $145./per day per staff X 5 days X 1 staff | | 725 |
| Airfare @ $ 280 per staffX 1 staff | | 280 |
| Fiscal, Admin. & H. S. Req. Training @ $145./per day per staff X 5 days X 1 staff | | 725 |
| Airfare @ $ 280 per staff X 1 staff | | 280 |
| Registration fees @ $ 300.00 per Conference/Training per staff x 8 staff | | 2,400 |
| | $ | 8,430 |
|  SUPPLIES | | |
| Office-Paper, pens, stationary, pads, desk organizers, etc. | $ | 3,270 |
| Membership dues and subscriptions | | 1,750 |
| Office machine- Copier paper, toner, ink, masters, etc. | | 3,980 |
| Postage and printing | | 1,722 |
| | $ | 10,722 |
|  OTHER  -  OFFICE MACHINES | | |
| Rental/Lease Maintenance of typewriters, copiers, printers, etc. | | |
| Maintenance of office machines, leases and supplies | $ | 7,107 |
| GRAND TOTAL SUPPLIES | $ | 17,829 |
|     OTHER | | |
| RENT       -       OCCUPANCY | | |
| Rosa Parks Office Suites | | |
|  Renovation of $150,000 X 5% | $ | 7,500 |
| UTILITIES/TELEPHONE | | |
| Internet | $ | 500 |
| Utilities - Gas/Light/Telephone/Water | | 900 |
| | $ | 1,400 |
| BUILDING AND CHILD LIABILITY INSURANCE | | |
| General Liability | $ | 2,000 |
| BUILDING MAINTENANCE/REPAIR AND OTHER OCCUPANCY | | |
| Material, supplies and upkeep | $ | 3,028 |
| Exterminating services | | 500 |
| Trash pick-up | | 338 |
| Security alarm | | 140 |
| | $ | 4,006 |
| OCCUPANCY GRAND TOTAL | $ | 14,906 |
| | $ | 41,165 |

**Vistas Nuevas Head Start a division of Matrix Human Services**
**Budget Detail**
**FUND YEAR 2006/2007**

| PROJECT TITLE: Vistas Nuevas Head Start | | Page 16 of 16 |
|---|---|---|
| Description of Cost Category & Basis of Evaluation | | Amount |
| **OTHER** | | |
|     **LOCAL STAFF TRAVEL** | | |
| Out of area travel/workshops/seminars/meetings | | 350 |
| MILEAGE | | |
| Executive Director @ 1 X 250 mi./mo. X .445/mi X 12 mo. | | 1,335 |
| Assistant Directors @ 2 X 250 mi./mo. X .445/mi. X 12 mo. | | 2,670 |
| Accountant @ 1 X 75 mi./mo. X .445/mi. X 12 mo. | | 400 |
| Accounting Clerk @ 1 X 50 mi./mo. X .445/mi. X 12 mo. | | 267 |
| | $ | 5,022 |
| | | |
| **OTHER - ACCOUNTING AND LEGAL SERVICES** | | |
| Legal fees @ $75.00 per hour X 320 hours | | 20,100 |
| Audit fees | | 51,125 |
| | $ | 71,225 |
|   **OTHER  -  INSURANCE** | | |
| Theft Bond | | 1,811 |
| Professional Liability | | 5,000 |
| Insurance Deductible | | 5,000 |
| | $ | 11,811 |
| | | |
|      **OTHER GRAND TOTAL** | $ | 88,058 |
| | | |
| **T/TA** | | |
| Staff training/quarterly/orientation | | 2,020 |
| Management training/Retreat/Workshops/Sessions | | 10,763 |
| | $ | 12,783 |
| | | |
|   **INDIRECT COSTS** | | |
| Estimated at 12.2% of total salaries | $ | 625,308 |
| | | |
| | | |
| | $ | 726,149 |

06-62

Page 1 of 4

**EXHIBIT B**
**CITY OF DETROIT, DEPARTMENT OF HUMAN SERVICES**
Budget Part II Summary
Beginning Date: November 1, 2006          Ending Date: October 31, 2007
DISABILITIES SERVICES               Code: 05CH0113

VISTAS NUEVAS HEAD START
a division of
Matrix Human Services
120 Parsons
Detroit, Michigan  48201

| Budget Cost Category | Total Budget Cost | Federal Other Sources (USDA) | Non-Federal Other Sources | HHS Share |
|---|---|---|---|---|
| (A) PERSONNEL | $ 209,036 | $ - | $ - | $ 209,036 |
| (B) FRINGE BENEFITS | 54,349 | - | - | 54,349 |
| (C) STAFF TRAVEL | 2,610 | - | - | 2,610 |
| (D) EQUIPMENT | - | - | - | |
| (E) SUPPLIES | 2,670 | - | - | 2,670 |
| (F) CONTRACTUAL | - | - | - | - |
| (G) CONSTUCTION | - | - | - | - |
| (H) OTHER | | | | |
| STAFF TRAVEL (local) | 1,585 | - | - | 1,585 |
| CHILD SERVICES | 83,000 | - | - | 83,000 |
| T/TA | 2,000 | - | - | 2,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL BUDGET | $ 355,250 | $ - | $ - | $ 355,250 |

4/28/2006

06-63

# Vistas Nuevas Head Start a division of Matrix Human Services
## Budget Detail
## Fund Year 2006/2007

| PROJECT TITLE:  Rosa Parks and SS Peter & Paul Center | Page 4 of 4 |
| --- | --- |
| Description of Cost Category & Basis of Evaluation | Amount |
| | |
| **CHILD SERVICES** | |
| Mental Health observations and services | $ 28,249 |
| Music Therapy | 12,245 |
| Psychological evaluations/observations and services | 15,930 |
| Speech evaluations and Therapy | 17,500 |
| Other evaluations | 9,076 |
| | $ 83,000 |
| | |
| **T/TA** | |
| Intervention project | $ 100 |
| Staff orientation | 500 |
| Individualizing lesson plans training | 500 |
| Staff training/quarterly | 400 |
| IEP training | 300 |
| Chicago early training | 100 |
| Referral training | 100 |
| | $ 2,000 |
| | |
| | $ 85,000 |

**EXHIBIT B**
**CITY OF DETROIT, DEPARTMENT OF HUMAN SERVICES**
**Budget Part III Summary**
**Beginning Date: November 1, 2006   Ending Date: October 31, 2007**
**PA20 T/TA          Code:  05CH0113**

**VISTAS NUEVAS HEAD START**
**a division of**
**MATRIX HUMAN SERVICES**
**120 Parsons**
**Detroit, Michigan 48201**

| Budget Cost Category | Total Budget Cost | Obtained from Other Sources | DHS Share |
|---|---|---|---|
| CDA | 7,768 | | 7,768 |
| T/TA | 33,500 | | 33,500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL BUDGET | $           41,268 | | $           41,268 |

06-67

**Vistas Nuevas Head Start a division of Matrix Human Services**
**Budget Detail**
**FUND YEAR 2005/2006**

| PROJECT TITLE: PA22  T/TA  FUNDING | Page 2  of  2 |
|---|---|
| Description of Cost Category & Basis of Evaluation | Amount |
| | |
| CDA | |
|   Courses for LAT and CDA certificates and assessments | 2,768 |
|   2 parent tuition and assessment fees | 5,000 |
| | $    7,768 |
| | |
| T/TA | |
|   Education | 1,200 |
|   Social Services | 1,200 |
|   Nutrition | 1,000 |
|   Health | 1,000 |
|   Parent Involvement | 600 |
|   Bilingual Training | 1,000 |
|   Rental Costs | 1,000 |
| (inter component training sessions) | |
|   Continuing Education | |
|   Human Services | 1,500 |
|   Early Childhood Education | 2,500 |
|   Urban Education | 1,000 |
|   Special Education | 1,500 |
|   Computer Training | 2,000 |
| | |
|  Annual Celebration of Cultures | 5,000 |
| Annual Health Fair | 5,000 |
| Child/Staff Activity | 5,000 |
| Child/Staff Activity | 3000 |
| | $   33,500 |
| | |
| | $   41,268 |

# EXHIBIT "B"

## Exhibit "B" to Peter Franklin, CFO's Affidavit

**Information Requests**



"The Union..."

# MICHIGAN AFSCME

## COUNCIL 25

*American Federation of State, County
and Municipal Employees, AFL-CIO*

Detroit Office
600 W. Lafayette Suite 500 • Detroit, MI 48226 • Phone: (313) 964-1711
FAX: (313) 964-0230 • Lansing Headquarters - 1-800-AFSCME25 • www.mialscme.org

Albert _____
President

Lawrence _____
Secretary-_____

**EXECUTIVE BOARD**

Lakay Avant
Region 6

Michael Barrett
Region 11

Carlos Bass
Region 3

Michael Edwards
Region 4

Paul Forsyth
Region 2

Sylvia Gamble
Region 1

Nora Grambau
Region 6

Gloria Harsten
Region 3

Lee Hayes
Region 2

Tim Johnson
Region 2

Marilyn Kaufman
Region 5

Arlean King
Region 1

Paul Long
Region 8

Rod McCrary
Region 8

Sam Muma
Region 6

Lois Murray
Region 3

Catherine Phillips
Region 1

Jim Rhodes
Region 5

Jack Roach
Region 2

Thomas Roof
Region 9

John Salle
Region 3

Don Sato
Region 11

Cindy Spurlock
Region 2

Nancy Strong
Region 3

William Tharp
Region 10

Susan Thompson
Region 2

Alan Troy
Region 4

Dallas West
Region 3

Nancy Willis
Region 1

Leamon Wilson
Region 1

Elmira Willis-Stuckey
Region 1

Scott Whitman
Region 7

Sam Zettner
Region 3

September 19, 2002



RECEIVED
SEP 23 2___
R.E.D.

Robert Day, Esq.
838 Griswold, 11ᵗʰ Floor
Detroit, MI 48226

Re:    *Vistas Nuevas Headstart Negotiations*
       *Request for Information*

Dear Mr. Day:

In reference to the above, the Union requests the following information:

➢ *Copies of job descriptions of all classifications represented in the bargaining unit and current wages*
➢ *Copy of current staffing pattern*
➢ *P.A. 22 Budget*
➢ *S.S.T. Health*
➢ *P.A. Administration Budget*
➢ *T+T.A  P.A. 20*
➢ *Department of Human Services Contract*
➢ *Center Aides Based on? 80%/20% Class RN/Adm*
➢ *Disability P.A. 26*
➢ *U.S.D.A. Budget*
➢ *If there are any Boards to Post Union Information for sites*

Please send the above information to my office as soon as possible.

Thank you for your cooperation in this matter.

Sincerely,

*LeRoy Carter*

LeRoy Carter
Staff Representative

cc:    B. Brown
       A. King

dat/847iuoeaflcio





*"The Union . . . that cares!"*

# MICHIGAN AFSCME
## COUNCIL 25
### *American Federation of State, County and Municipal Employees, AFL-CIO*

Detroit Office
600 W. Lafayette Suite 500 • Detroit, MI 48226 • Phone: (313) 964-1711
FAX: (313) 964-0230 • Lansing Headquarters - 1-800-AFSCME25 • www.miafscme.org

**Albert Garrett**
President

**Lawrence A. Roehrig**
Secretary-Treasurer

**EXECUTIVE BOARD**

**Lakay Avant**
Region 6
**Michael Barrett**
Region 11
**Carlos Bass**
Region 3
**Michael Edwards**
Region 4
**Paul Forsyth**
Region 2
**Sylvia Gamble**
Region 1
**Nora Grambau**
Region 6
**Gloria Harsten**
Region 3
**Lee Hayes**
Region 2
**Tim Johnson**
Region 2
**Marilyn Kaufman**
Region 5
**Arlean King**
Region 1
**Paul Long**
Region 6
**Rod McCrary**
Region 8
**Sam Muma**
Region 6
**Lois Murray**
Region 3
**Catherine Phillips**
Region 1
**Jim Rhodes**
Region 5
**Jack Roach**
Region 7
**Thomas Roof**
Region 9
**John Saile**
Region 3
**Don Salo**
Region 11
**Cindy Spurlock**
Region 2
**Nancy Strong**
Region 3
**William Tharp**
Region 10
**Susan Thompson**
Region 2
**Alan Troy**
Region 4
**Dallas West**
Region 3
**Nancy Willis**
Region 1
**Leamon Wilson**
Region 1
**Elmira Willis-Stuckey**
Region 1
**Scott Whitman**
Region 7
**Sam Zettner**
Region 3

December 10, 2002

Ms. Geni Giannotti
Interim CEO
Matrix Human Services
120 Parsons St.
Detroit, MI 48201

*Re:    Notice of Layoffs*

Dear Ms. Giannotti:

In reference to the above, the Union requests the following information:

1. *Grant Awards for the current year and two (2) preceding years in all categories, including supplemental funding grants for quality improvements, training and cost of living expansion grants;*

2. *A copy of the approval Headstart grant re-applications;*

3. *2001 program information report;*

4. *A copy of Form 269 submitted by the grantee for the past two (2) years;*

5. *A copy of Financial Audit for the past two (2) years.*

Thank you for your cooperation.

Sincerely,

*LeRoy Carter*

LeRoy Carter
Staff Representative

dat/547iuoeaflcio





# Facsimile Transmittal Sheet

**MATRIX**
HUMAN SERVICES
youth, family & adult

120 Parsons Street,
Detroit, Michigan 48201.2002
p. 313.831.1000
f. 313.831.9139

| to: | from: |
|---|---|
| Sharon Donahue | Audrey N. Gulley, VP, Human Resources |

| company: | date: |
|---|---|
| AFSCME Council 25 | Friday, July 02, 2004 |

| fax number: | total no. of pages including cover: |
|---|---|
| 313-964-0230 | |

| Phone number: | Re: |
|---|---|
| 313-964-1711 | 2004-2005 Budget Issues |

| | CC: |
|---|---|

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

notes/Comments:

›

PLEASE NOTE:     This Transmission is intended only for the use of the person to whom it is addressed.  It may contain information that is highly confidential, privileged or otherwise exempt from disclosure.  If you are not the intended recipient or the person authorized to deliver this to the intended recipient, you are notified that any dissemination, distribution or copying of this fax is prohibited.  If you have received this fax in error, please notify us immediately by

P. 1

* * * Transmission Result Report (MemoryTX) ( Jul. 2. 2004  4:08PM ) * * *

1)
2)

Date/Time: Jul. 2. 2004  4:05PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2618 | Memory TX | 9640230 | P. 2 | OK | |

-----------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection



**MATRIX**
HUMAN SERVICES
youth, family & adult

120 Parsons Street,
Detroit, Michigan 48201-2002
p. 313.831.1000
f. 313.831.9119

**Facsimile Transmittal Sheet**

| To: | From: |
|---|---|
| Sharon Donahue | Audrey N. Culley, VP, Human Resources |
| Company: | Date: |
| AFSCME Council 25 | Friday, July 02, 2004 |
| Fax number: | Total no. of pages including cover: |
| 313-964-0230 | |
| Phone number: | Re: |
| 313-964-1711 | 2004-2005 Budget Issues |
| | CC: |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Notes/Comments:

PLEASE NOTE:  This Transmission is intended only for the use of the person to whom it is addressed. It may contain information that is highly confidential, privileged or otherwise exempt from disclosure. If you are not the intended recipient or the person authorized to deliver the fax to the intended recipient, you are notified that any dissemination, distribution or copying of this fax is prohibited. If you have received this fax in error, please notify us immediately by telephone (collect) and return the original fax to us at the above address by First Class Mail.

**EXHIBIT B**
**CITY OF DETROIT, DEPARTMENT OF HUMAN SERVICES**
Budget, Part 1- A Summary
Beginning Date: November 1, 2004       Ending Date: October 31, 2005

PA22 PROGRAM SERVICES                    Code: 05CH0113
VISTAS NUEVAS HEAD START
a division of
Matrix Human Services
120 Parsons
Detroit, Michigan 48201

| Budget Cost Category | Total Budget Cost | Federal Other Sources (USDA) | Non-Federal Other Sources | HHS Share |
|---|---|---|---|---|
| (A) PERSONNEL | $ 5,961,961 | $ - | $ 1,536,860 | 4,425,101 |
| (B) FRINGE BENEFITS | 1,480,484 | - | 430,321 | 1,050,163 |
| (C) OUT OF TOWN TRAVEL | 12,355 | - | - | 12,355 |
| (D) EQUIPMENT | - | - | - | - |
| | | | - | |
| (E) SUPPLIES | | | | |
| OFFICE/CLASSROOM SUPPLIES | 397,397 | - | 323,592 | 73,805 |
| FOOD/USDA/NON USDA | 502,000 | 500,000 | - | 2,000 |
| OFFICE MACHINES | 35,000 | - | - | 35,000 |
| AUTO | 22,314 | - | - | 22,314 |
| | | | | |
| (F) CONTRACTUAL | - | - | - | - |
| (G) CONSTRUCTION | - | - | - | - |
| | | | | |
| (H) OTHER | | | | |
| OCCUPANCY | 1,482,048 | - | 303,367 | 1,178,681 |
| STAFF LOCAL TRAVEL | 20,696 | - | - | 20,696 |
| CHILD TRAVEL | 22,500 | - | - | 22,500 |
| CHILD SERVICES | 27,230 | - | - | 27,230 |
| PARENT SERVICES | 66,020 | - | - | 66,020 |
| T/TA | 38,361 | - | - | 38,361 |
| OTHER | 5,000 | - | - | 5,000 |
| TEACHERS QUALIFICATIONS | 28,600 | - | - | 28,600 |
| | | | | |
| | | | | |
| Sub-Totals | $ 10,101,966 | $ 500,000 | $ 2,594,140 | $ 7,007,826 |
| | | | | |
| TOTAL BUDGET | $ 10,101,966 | $ 500,000 | $ 2,594,140 | $ 7,007,826 |

7/1/04



**MATRIX**
HUMAN SERVICES
youth, family & adult

120 Parsons Street
Detroit, Michigan
48201-2002

p. 313.831.1000
f. 313.831.4534

League of
Catholic Women
1906

Barat Child and
Family Services
1925

St. Peter Claver
Career Training
Center
1939

Casa Maria
Family Services
1943

Project Transition
1971

Vistas Nuevas
Head Start
1981

Off The Streets
1986

Head Start Family
Service Center
1992

Walter & May Reuther
Senior Services
1953

Boniface
Community
Services
2000

Southwest Detroit
Self-Sufficiency Center
2001

July 18, 2005

Robert Davis
AFSCME Local 1640, Michigan Council 25
600 W. Lafayette, Suite 500
Detroit, Michigan 48226

RE:    Budget for 2005-2006 Head Start Program

Dear Mr. Davis:

Please find attached the following information:

- Program Narrative
- Budget*
- Benefits Spread Sheet*
- Health Care/Net Medical*
- Calendar Sheet
- included on disc provided

The total contract amount limited by the City of Detroit is $8,733,190 which, as you can see is budgeted entirely. This budget incorporates a 1% increase per City instructions.

Preliminary information from our benefits advisor stated no anticipated increase in insurance cost for the sponsored (total Health Care) plan and thus we have not budgeted for an increase.

The enclosed Budget disk includes:

1. VNHS – Budget information worksheet
2. VNHS Program Budget – 05
3. VNHS Administrative Budget – 05
4. VNHS Disabilities Budget – 05
5. VNHS Health Care/New Medical as of June, 2005

You will also find enclosed a disk which enables you to manipulate the numbers on the Benefit Worksheet portion of the Medical Plan Renewal – Net Cost Analysis.



**COA**
ACCREDITED

Equal Opportunity Employer

MATRIX HUMAN SERVICES

☐002/00



**MATRIX**
HUMAN SERVICES
youth, family & adult

120 Parsons Street
Detroit, Michigan
48201-2002

p. 313.831.1000
f. 313.831.4634

League of
Catholic Women
1906

Barat Child and
Family Services
1925

St. Peter Claver
Career Training
Center
1939

Casa Maria
Family Services
1943

Project Transition
1971

Vistas Nuevas
Head Start
1981

Off The Streets
1986

Head Start Family
Service Center
1992

Walter and May Reuther
Senior Services
1994

Boniface
Community
Services
2000

Southwest Detroit
Self-Sufficiency Center
2001

SENT BY FAX

January 31, 2006

Herbert Sanders
AFSCME Local 1640, Michigan Council 25
600 W Lafayette, Suite 500
Detroit, Michigan 48226

RE:   Health Insurance Premiums

Dear Mr. Sanders:

This is in response to your letter dated January 24, 2006 of which I received January 25, 2006.  We will comply with your request in which you anticipate that the negotiating committee will be prepared to begin meeting in the month of February.

You also requested a copy of the current budget for the fiscal year 2006.  This budget was sent to Robert Davis on July 18, 2005 which also included the Program Narrative, Benefits Spread Sheet, Health Care/Net Medical, and Calendar.  In addition to these documents, a disk was enclosed for further interpretation.

Regarding a meeting time, we have the following dates available.

Monday, February 6, 2006
Thursday, February 9, 2006

The time of any meeting is always 4:30 pm. and, we are always available on the weekends.  The first meeting could be 2051 Rosa Parks Boulevard, Detroit, Michigan at VNHS.

We would like to be more productive at the first meeting and would like to be provided with any preliminary issues.

I can be reached at 313-831-1000, ext. 17 to confirm a meeting date.

Cordially,

Audrey N. Gulley, Vice President of Human Resources

C:   Geni Giannotti, President/CEO
     Paul Sonnecken, Vice President of Finance
     Debra Spring, Division Director
     A. King, AFSCME Council 25
     Juanita Banks, Chapter Chairperson
     Robert Day, Attorney

**COA**
ACCREDITED
The Symbol of Quality

...ortunity Employer

LAW OFFICES OF ROBERT E. DAY, P.C.

Michigan AFSCME Council #25; Attn: Sarah M. George, Esq.-Staff Representative
April 1, 2008
Page 2
Re: Layoff Dates 2008/Meeting March 4, 2008

    10.    Draft contract between Agency and City of Detroit for year ending October 31, 2005.

    11.    Contract between Agency and City of Detroit ending October 31, 2006.

       Thus, in summary, you have a seniority list current to this month, Head Start Program contracts (last three years) and Head Start Program audits (last three years) as well as the fiscal numbers demonstrating the stress and set funding levels over this period of time.

             Very truly yours,

             LAW OFFICES OF ROBERT E. DAY, P.C.

             Robert E. Day
             Direct Dial No.: (313) 259-1770

RED/ls
cc:   Peter Franklin, Chief Financial Officer
     Teresa Williams-Johnson, Human Resources Manager
     Debra Spring, Director-Vistas Nuevas Head Start

F:\LABOR MATTERS\MATRIX HUMAN SERV.-LABOR GENERAL\BARGAINING 08\AFSCME-George 03-28-08.doc



"The Union . . . that cares!"

# MICHIGAN *AFSCME*
## COUNCIL 25
*American Federation of State, County and Municipal Employees, AFL-CIO*

Detroit Office
600 W. Lafayette Suite 500 • Detroit, MI 48226 • Phone: (313) 964-1711
FAX: (313) 964-0230 • Lansing Headquarters - 1-800-AFSCME25 • www.miafscme.org

**Albert Garrett**
President

awrence A. Roehrig
Secretary-Treasurer

**EXECUTIVE BOARD**

**Lakay Avant**
Region 8
**Jim Bale**
Region 5
**Mel Brabson**
Region 1
**David Brandt**
Region 9
**Donna Cangemi**
Region 3
**Loretta Coleman**
Region 3
**Lorna Davison**
Region 2
**Robert Donald**
Region 1
**Lori Hamilton**
Region 6
**Gloria Harsten**
Region 3
**Keith January**
Region 1
**Arlean King**
Region 1
**Paul Long**
Region 8
**Denis Martin**
Region 2
**J. Phil McGuire**
Region 2
**Dennis Moore**
Region 7
**Sam Muma**
Region 6
**Doug Murch**
Region 5
**Stephanie Nahas**
Region 3
**Gloria Peterson**
Region 4
**Eugene Purry**
Region 1
**Dan Salo**
Region 11
**Ronnie Skorupski**
Region 8
**Cindy Spurlock**
Region 2
**William Tharp**
Region 10
**Elmer Trombley**
Region 2
**Alan Troy**
Region 4
**Chris Vandenbussche**
Region 3
**Dallas West**
Region 3
**Scott Whitman**
Region 7
**Russell Williams**
Region 11
**Leamon Wilson**
Region 1
**Sam Zettner**
Region 3

March 4, 2008

Dr. Marcella Wilson
Executive Director/CEO
Matrix Human Services

Re: AFSCME Local 1640-Matrix Vistas Nuevas Wage and Fringe Negotiations

Dear Dr. Wilson:

In accordance with the Wage and Salary Pay Schedule Section of the existing Collective Bargaining Agreement and on behalf of Local 1640, Michigan AFSCME Council 25, we hereby serve notice that the Local Union wishes to engage in wage and fringe negotiations with the Employer or its authorized representative.

We anticipate that the negotiation committee will be prepared to begin meeting in the month of May. Some possible dates to open negotiations would be May 2, 6, 7 or 13.

We propose the first meeting agenda will include:

* Ground Rules
* Dates for future meetings
* Initial wage and fringe proposals

The Union requests, prior to our initial session, the following information:

* The Union requests a copy of the budgets for 2008, 2007 & 2006 and Audits for 2006, 2005 & 2004.
* I am also requesting a copy of your most recent seniority roster.

Please contact me to confirm the time and place our first meeting at 313-964-1711, ext. 261.

Sincerely,

*Sarah George*

Sarah George
Staff Representative

C: Betty Billups, Chapter Chair
Arlean King
Jimmy Hearns, Administrative Director

kac


RECEIVED
MAR - 6 2008
By _____