# EXHIBIT "C"

## Exhibit "C" to Peter Franklin, CFO's Affidavit

## Peter Franklin's 2008 Summer COBRA charts

Matrix Human Services-VNHS Program
Total Health Care - June 2008

| | # of Employees Enrolled | Matrix Premium | Employee Premium | Total Premium |
|---|---|---|---|---|
| HMO Plan | | | | |
| Single | 62 | 207.75 | 6.00 | 213.75 |
| 2-Person | 30 | 303.45 | 142.00 | 445.45 |
| Family | 13 | 324.64 | 242.00 | 566.64 |
| POS Plan | | | | |
| Single | 24 | 198.10 | 116.00 | 314.10 |
| 2-Person | 0 | 283.59 | 371.00 | 654.59 |
| Family | 3 | 298.69 | 534.00 | 832.69 |

## VNHS Insurance (Summer 2008)

| | Cobra | | No Cobra | | Employee |
|---|---|---|---|---|---|
| | Matrix pays | Employees Pay | Matrix pays | Employees Pay | Change |
| Health Benefits | | 102,276.53 | 72,270.61 | 27,999.53 | (74,276.01) |
| Dental | | 12,823.76 | 7,088.48 | 5,483.83 | (7,339.93) |
| Vision | | 1,619.62 | | 1,587.86 | (31.76) |
| Life/Disability | | | | | |
| Total | | 116,718.91 | 79,359.09 | 35,071.22 | (81,647.69) |
| Cobra Period Individual-HMO | | 515.99 | 491.68 | 14.20 | (501.79) |
| -Dental | | 53.37 | 52.33 | | (53.37) |
| -Vision | | 15.26 | | 14.96 | (0.30) |
| | | 584.63 | 544.00 | 29.16 | (555.46) |

# EXHIBIT "D"

Exhibit "D" to Peter Franklin, CFO's Affidavit

**NLRB Proceedings**

| | |
|---|---|
| **MATRIX HUMAN SERVICES at its VISTAS NUEVAS HEAD START DIVISION**<br><br>Employer<br><br>and<br><br>**MICHIGAN AFSCME COUNCIL 25, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO**<br><br>Petitioner | TYPE OF ELECTION<br>(CHECK ONE)<br><br>☐ CONSENT<br><br>☒ STIPULATED<br><br>☐ RD DIRECTED<br><br>☐ BOARD DIRECTED<br><br>(ALSO CHECK BOX BELOW WHEN APPROPR<br><br>☐ 8(b)(7)<br><br>☐ Mail Ballot (Partial) |

CASE NO. 7-RC-22201

### CERTIFICATION OF REPRESENTATIVE

An election has been conducted under the Board's Rules and Regulations. The Tally of Ballots shows that a collective-bargaining representative has been selected. No timely objections have been filed.

As authorized by the National Labor Relations Board,

It is certified that a majority of the valid ballots has been cast for

**MICHIGAN AFSCME COUNCIL 25, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO**

and that it is the exclusive collective-bargaining representative of the employees in the following appropriate unit.

**Unit:** All full-time and regular part-time teachers, home visitors, family service workers, assistant teachers, special needs assistants, cooks, and custodians/drivers employed by the Employer and assigned out of its facility located at 2051 Rosa Parks Blvd., Suite 1K, Detroit, Michigan, *but excluding* center administrators, administrative employees, content specialists/ coordinators and assistants, support staff employees, guards and supervisors as defined in the Act.



Signed at  Detroit, Michigan

On the  13th  day of

May  2002

/s/ William C. Schaub, Jr.
Regional Director, Region Seven
National Labor Relations Board

FORM NLRB-501 (8-83)

**UNITED STATES OF AMERICA**
**NATIONAL LABOR RELATIONS BOARD**
**CHARGE AGAINST EMPLOYER**

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 7-CA-45923 | 2-18-03 |

AFSCME Council 25 Log #: L1315-ORG-03

INSTRUCTIONS: File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer: **MATRIX HUMAN SERVICES**

b. Number of workers employed: 169

c. Address (street, city, state, zip code): **120 PARSONS ST., DET. MI 48201**

d. Employer Representative: **DEBRA SPRING DIRECTOR**

e. Telephone No.: **313-962-5255**

f. Type of Establishment (factory, mine, wholesaler etc.): **HEADSTART**

g. Identify principal product or service: **DAYCARE**

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) _____ of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (be specific as to facts, names, addresses, plants involved, dates, places, etc.)

(SEE ATTACHED)

By the above and other acts, the above-named employer has interested with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

Full name of party filing charge (if labor organization, give full name, including local name and number)

**MICHIGAN COUNCIL 25, AFSCME**

4. Address (street and number, city, state, and zip code): **600 W LAFAYETTE, SUITE 500, DETROIT, MI 48226**

4b. Telephone No.: **313-964-1711**

Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

**AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO**

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

(signature of representative or person making charge)    7/14/03

In House Counsel (title if any)

address 600 W. LAFAYETTE, SUITE 500    (313) 964-1711    2-14-03

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

l47iuoe/aflcio/NLRB Chargeform L1297

# NLRB CHARGE

The Charging Party (Union) alleges that the Respondent, Matrix Human Services (Employer) has violated the National Labor Relations Act (NLRB).

- The Employer has changed the members lunch period from one hour to a half hour without bargaining the issue with the Union and unilaterally implemented such in retaliation for electing the Union.

- The Employer has discharged a member (Maria Negrete) without Union Representation or notice to the Union.

- The Employer has changed the Health care benefit to the detriment of the members without bargaining such with the Union and unilaterally implemented such in retaliation for electing the Union.

The Charging Party respectfully requests this Honorable Commission issue an order requiring the Employer to 1) cease and desist 2) return member to work with back pay and benefits; 3) return lunch period to one hour; 4) re-implement the original health care benefit at no cost to the members; 5) immediately bargain the above issues; 6) distribute and post the violations of law and any other such relief that this Honorable Commission may deem appropriate.

TIb547ixoc/aflcio/Charge L1315
2/14/03



**MATRIX**
**HUMAN SERVICES**
youth, family & adult

VISTAS NUEVAS HEAD START

a Division of

Matrix Human Services

TO: All VNHS Staff

FROM: Debra Spring, Division Director

RE: Lunch/break time

DATE: December 20, 2002

This is a reminder that all staff is entitled to a one-hour break each day. For purposes of our current schedule this should be two fifteen-minute breaks and one half hour (30 minutes) for lunch.

With permission of your supervisor, and based on the needs of the center, you may ask for a one hour lunch combining your two fifteen minute breaks to cover the time period. However, this is with discretion of the supervisor insuring appropriate center or office coverage.

FORM NLRB-501
(11-84)

FORM EXEMPT UNDER 44 U.S.C. 3512

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 7-CA-47481 | 5-12-04 |

INSTRUCTIONS:
File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Number of Workers Employed |
|---|---|
| Vista Nuevas Head Start/A Division of Matrix Human Services | 130 |

| c. Address (street, city, State, ZIP Code) | d. Employer Representative | e. Telephone No. |
|---|---|---|
| 220 Parsons Street<br>Detroit, MI 48201-2002 | Geni Giannotti | (313) 831-1000 ext. 15 |
| | | Fax No. (313) 831-4634 |

| f. Type of Establishment (factory, mine, wholesaler, etc.) | g. Identify Principal Product or Service |
|---|---|
| Human Services | Service |

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of Section 8(a), subsections (1) and (list subsections) (5) of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices.)

The parties are in negotiations for a first collective bargaining agreement. During these negotiations, without the consent of the union, the employer made the following unilateral changes in the terms and conditions of employment:

1. The employer initiated a 10 month program for certain clients of the agency. It transferred approximately 30 regular full time employees to this program. The employer reduced the monthly compensation for these employees by approximately 12 to 18 percent. This change was unilaterally initiated on or about November 1, 2003.

2. The employer has a policy that calls for payment between Christmas and New Year's as holiday pay. The employer eliminated that holiday on or about December 25, 2003. The employer created Veteran's Day as a holiday effective November 2004.

3. The employer modified its insurance policy on or about November 2002. Thereafter, on or about December 1, 2003, the employer again modified the insurance program by increasing co-pays for medical, dental and vision insurance.

On or about March 23, 2004, the union requested the employer, in negotiations, that it rescind all unilateral changes in the terms and conditions of employment and make employees whole. The employer proceeded to bargain over this proposal and revived any prior unilateral change that may have been time barred.

By this and other acts, the employer has violated and continues to violate the Act.

By the above and other acts, the above-named employer has interfered with, restrained, and coerced employees in the exercise of the rights guaranteed in Section 7 of the Act.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Michigan AFSCME Council 25

| 4a. Address (street and number, city, State, and ZIP Code) | 4b. Telephone No. |
|---|---|
| 600 West Lafayette Boulevard<br>Detroit, MI 48226 | (313) 964-1711 |
| | Fax No. (313) 964-4490 |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)
American Federation of State, County and Municipal Employees, AFL-CIO

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By /s/ BRUCE A. MILLER
(Signature of representative or person making charge)
BRUCE A. MILLER
600 West Lafayette Blvd., 4th Floor, Detroit, MI 48226

Attorney
(Title, if any)

Fax No. (313) 964-4490
(313) 964-4454
(Telephone No.)

May 12, 2004
Date

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
CHARGE AGAINST EMPLOYER

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 7-CA-48157 | 12-10-04 |

**INSTRUCTIONS:**
File an original and 4 copies of this charge with NLRB Regional Director for the region in which the alleged unfair labor practice is occurring.

### 1. EMPLOYER (S) AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer (s) | b. Number of workers employed |
|---|---|
| Vista Nuevas Head Start/A division of Matrix Human Services | 145 |

| c. Address (street, city, state, ZIP code) | d. Employer Representative | e. Telephone No. |
|---|---|---|
| 120 Parsons Street<br>Detroit, MI 48201-2002 | Geni Giannotti | (313) 831-1000 Ext. 15 |

| f. Type of Establishment (factory, mine, wholesale, etc.) | g. Identify principal product or service |
|---|---|
| Human Services | Service |

h. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8 (a), subsections (1) and (list subsections)   (5)   of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

On or about August 16, 2004 the employer unilaterally changed employees from 12 month employees to 10 month employees. The employer divided annual salaries by 12 months paid the employees 10/12 of the salary per month thereby reducing wages.

By the above and other acts, the above-named employer (s) has (have) interfered with, restrained, and coerced employee in the exercise of the rights guaranteed in Section 7 of the Act

3. Full name of the party filing charge (if labor organization, give full name, including local name and number)
Michigan AFSCME Council 25

| 4a. Address (street and number, city, state, and ZIP code) | 4b. Telephone No. |
|---|---|
| 600 W. Lafayette, Detroit, MI 48226 | (313) 964-4454 |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled when charge is filed by a labor organization)
American Federation of State, County and Municipal Employees, AFL-CIO

### 6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By _____(Signature)_____    Attorney
(Signature of representative or person making charge)    (Title, if any)
Bruce A. Miller

Address 600 W. Lafayette, 4th Floor       (313) 964-4454       December 9, 2004
Detroit, MI 48226                         (Telephone No.)       (Date)

WILLFUL FALSE STATEMENT ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)



United States Government
**NATIONAL LABOR RELATIONS BOARD
Region 7**
477 Michigan Avenue - Room 300
Detroit, MI 48226-2569
           Telephone (313) 226-3200
           FAX      (313) 226-2090
           www.nlrb.gov

February 1, 2005

Bruce A. Miller, Esq.
Miller Cohen
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226-0840

Robert E. Day, Esq.
Day & Butler PLLC
300 River Place, Suite 3600
Detroit, MI 48207-4291

         **RE: Vista Nuevas Head Start, A Division of
              Matrix Human Services
              Case 7-CA-48157**

Gentlemen:

       This is to advise you that, with my approval, the charge in the above-captioned matter has been withdrawn.

                                 Very truly yours,

                                 Stephen M. Glasser
                                 Regional Director

DN/smm

cc: Michigan AFSCME Council 25
    600 W. Lafayette
    Detroit, MI 48226

    Vista Nuevas Head Start,
    A Division of Matrix
    Human Services
    120 Parsons Street
    Detroit, MI 48201-2002
    ATTN: Geni Giannotti

# EXHIBIT "E"

## Exhibit "E" to Peter Franklin, CFO's Affidavit

**COBRA and contract layoff notices from Matrix Human Services Human Resources Manager Teresa Williams-Johnson**

*Summer Recess Notification w/ benefit information*

*Submitted to Union Committee + (Sarah George) 5/15/08*

May 15, 2008

EMPLOYEE NAME
EMPLOYEE ADDRESS
CITY, STATE, ZIP

Re: 2008 Summer Recess

Dear EMPLOYEE:

This has been an excellent program year and we can't thank you enough for the dedication and hard work you demonstrate at Vistas Nuevas Head Start. The purpose of this letter is to outline summer recess.

Your last day of work will be based on your current classification:

| Classification | Summer Recess Begins (Last Day Worked) | Return to Work |
|---|---|---|
| VNHS Center Staff | June 6, 2008 | August 18, 2008 |
| VNHS Center Administrators | June 6, 2008 | August 11, 2008 |
| Fatherhood Staff | June 20, 2008 | August 11, 2008 |
| VNHS Admin Staff | June 27, 2008 | July 28, 2008 |

*You will be contacted directly if this date changes.

## BENEFITS

### Medical, Dental & Vision Coverage

Benefits will terminate on your last day worked. You may elect to continue your health coverage through the Consolidated Omnibus Budget Reconciliation Act (COBRA), at your own expense. Information regarding COBRA will be mailed separately to your current address on record. Should you return to full-time work the benefits will be reinstated effective the first day of return.

### Basic Life, Short Term Disability & Long Term Disability Coverage

Benefits will terminate on your last day worked. Should you return to full-time work the benefits will be reinstated effective the first day of return.

### Voluntary Life and Accidental Death & Dismemberment Coverage

Benefits will terminate on your last day worked. Should you return to full-time work the AD&D will be reinstated effective the first day of return.

**Please note:** Voluntary Life benefits will be subject to medical underwriting and may or may not be reinstated.

### UNEMPLOYMENT

You may file for unemployment benefits by telephone or Internet. To file your new claim or to reopen an established claim with a representative, contact the toll-free telephone number at 1-866-500-0017. To file through the Internet, visit the website at www.michigan.gov/uia.

Should you have any questions regarding benefits, please contact Barb Davis, Senior Benefits Specialist at (313) 831-1000- Ext. 14.

We would like to take this opportunity to thank you for your dedication and commitment of which you have shown Matrix Human Services. We greatly appreciate the services you have rendered.
Sincerely,


Debra L. Spring
Vice President of Education

Cc: Marcella Wilson, President/CEO
    Peter Franklin, Chief Financial Officer
    Teresa Williams-Johnson, Human Resources Manager
    Sarah George, AFSCME Staff Representative



**MATRIX HUMAN SERVICES**
*"Touching Hearts, Changing Lives"*
Established 1906

May 23, 2008

*forwarded to VNHS staff 5/22/08 for distribution to staff with payroll distribution.*

Re: 2008 Summer Recess

Dear

This has been an excellent program year and we can't thank you enough for the dedication and hard work you demonstrate at Vistas Nuevas Head Start. The purpose of this letter is to outline summer recess.

Your last day of work will be based on your current classification:

| Classification | Summer Recess Begins (Last Day Worked) | Return to Work |
|---|---|---|
| VNHS Center Staff | June 6, 2008 | August 18, 2008 |
| VNHS Center Administrators | June 6, 2008 | August 11, 2008 |
| Fatherhood Staff | June 20, 2008 | August 11, 2008 |
| VNHS Admin Staff | June 27, 2008 | July 28, 2008 |

*You will be contacted directly if this date changes.

## BENEFITS

### Medical, Dental & Vision Coverage

Benefits will terminate on your last day worked. You may elect to continue your health coverage through the Consolidated Omnibus Budget Reconciliation Act (COBRA), at your own expense. Information regarding COBRA will be mailed separately to your current address on record. Should you return to full-time work the benefits will be reinstated effective the first day of return.

(Over)

20 Parsons Street · Detroit, MI 48201-2002 · (313) 831-1000 · Fax: (313) 831-4634 · www.matrixhumanservices.org

**WACHOVIA INSURANCE SERVICES**

*[Handwritten: Wachovia Letter – with communication of changes with dental & voluntary life coverage dates. Distributed to VNHS Copy to Union 6/3/08]*

## Important
## Additional Information Regarding Yo[ur]

Good News! We have received updated information from t[he] benefits end due to layoff. Below are the details of each ins[urance] ends and when it will be reinstated. If you have dental or vi[sion] corrected COBRA packet with the revised coverage termina[tion]

### Medical Insurance

Total Health Care will terminate your coverage the date you[r] received a notice of continuation from COBRAsource. If you choose to continue your coverage, complete the paperwork and return it to COBRAsource per their instructions. Your group coverage will be reinstated the date you return to work from layoff.

### Dental Insurance

Guardian will continue your coverage through the end of the month in which you are laid off. Benefits will be reinstated on the first day of the month following your return from layoff. Your COBRA packet incorrectly stated dental benefits would end on the date of layoff.

### Voluntary Vision Insurance

EyeMed coverage continues through the end of the mo[nth] reinstated on the first day of the month following your re[turn] incorrectly stated vision benefits would end on the date

*[Handwritten: 6/3/08 Wachovia letter – discussed w/ Sarah George via telephone + faxed.]*

### Cigna Life and Disability Insurance

All Cigna coverage will end on the date of your layoff. Y[ou] during your layoff. Coverage will be reinstated upon yo[ur]

### Voluntary Life Insurance "Portability Option"

Life insurance is not subject to COBRA continuation. H[owever] their Portability option. Voluntary Life Insurance benefit[s] the amount the employee was insured for as an active [employee] layoff. The employee must apply to Cigna Insurance C[ompany] which may be slightly higher than the payroll deduction spouse or dependent child coverage may also be conti[nued] dependent child must be covered under the policy on the date coverage would otherwise end. The application must be submitted to Cigna within 31 days of the Employee's layoff.

Coverage under this option may not be elected at a later date. When applying for this option, the employee must name a beneficiary. Any beneficiary named previously under the policy is no longer in effect.

Upon return from layoff, your voluntary life benefits will be reinstated without evidence of insurability provided you apply for reinstatement of group coverage within 31 days of your return to work.

---

This is a brief summary of what happens to your coverage during layoff. You must consult the insurance certificate issued by each insurance company for complete explanation of coverage and costs. If there is any discrepancy between this summary and the insurance certificate or policy, the insurance company terms will prevail.

### Basic Life, Short Term Disability & Long Term Disability Coverage

Benefits will terminate on your last day worked. Should you return to full-time work the benefits will be reinstated effective the first day of return.

### Voluntary Life and Accidental Death & Dismemberment Coverage

Benefits will terminate on your last day worked. Should you return to full-time work the A D &D will be reinstated effective the first day of return.

Please note: Voluntary Life benefits will be subject to medical underwriting and may or may not be reinstated.

### UNEMPLOYMENT

You may file for unemployment benefits by telephone or Internet. To file your new claim or to reopen an established claim with a representative, contact the toll-free telephone number at 1-866-500-0017. To file through the Internet, visit the website at www.michigan.gov/uia.

Should you have any questions regarding benefits, please contact Barb Davis, Senior Benefits Specialist at (313) 831-1000- Ext. 14.

Thank you for the dedication and commitment you have shown to the children and families served by Matrix Human Services. We greatly appreciate the services you render.

Sincerely,

Debra L. Spring
Vice President of Education

Cc: Marcella Wilson, President/CEO
    Peter Franklin, Chief Financial Officer
    Teresa Williams-Johnson, Human Resources Manager
    Sarah George, AFSCME Staff Representative

# EXHIBIT "F"

## Exhibit "F" to Peter Franklin, CFO's Affidavit

**Budget 2009 Statement**

# MATRIX HUMAN SERVICES
## 120 Parsons Street
## Detroit, Michigan 48201-2002

TO:     AFSCME

FROM:   MATRIX HUMAN SERVICES/VISTAS NUEVAS HEAD START

DATE:   May 15, 2008

RE:     Employer statement to unit re: Gardner Letter and 2008-2009 Budget – Intended For Presentation At Cancelled April 9, 2008 Session

---

1. The Employer regrets any need to state its position on healthcare insurance during summer recess, a topic about which it believed there was no dispute.

2. Among the known reasons why each year stands on its own are that since June 2003 each year program shortfalls and grantee unilateral cutbacks have become facts of life. Other costs not anticipated are increases in insurances, rents and massive summer unemployment claims. Neither the budget process done a year before nor Employer operations can know if it will have funds to pay for time not worked, *i.e.* any part of twelve months' healthcare for ten months' work come June recess since the budget itself does not provide Employer-paid healthcare during summer recess.

3. There is no Employer contract language which requires twelve months' healthcare for ten months' employment. It is no accident the contract purposely excludes any past practices. The purpose and intent of that clause was "if it is not in the contract, it is not there." It is the express language which prevails.

4. It follows since 2004 during summer recess some Employer form of sponsorship of healthcare continuation (with or without COBRA notification) has been a year-to-year discretionary judgment call, which, sadly, is now subject to claims of past practice for Summer 2008.

5. Lastly, for clarity, if any clarity is required, the 2008-2009 budget does not contain any summer recess "set-aside" or "rainy day" fund for 2009 summer recess healthcare premium coverage for twelve months on behalf of ten months' employment of unit members *i.e.* Vistas Nuevas Head Start unit employees.

_/_